UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

CASE NO. 17-CV-823


CONSUELA SMITH-WILLIAMS, FRED
RIVERS, RICHARD MURPHY, ROBERT
RISTOW, ROGER SUHR, and
SALVADOR FUENTES, individually,
and on behalf of all similarly situated,

     Plaintiffs,

vs.

THE UNITED STATES OF AMERICA,

     Defendant.
_____/


DEPOSITION OF VICTORIA BRAHM

     witness in the above-entitled action, taken
under the Federal Rules of Civil Procedure,
before Mary P. Hader, Registered Professional
Reporter and Notary Public in and for the State
of Wisconsin, at the Tomah VA Medical Center, 500 East
Veterans Street, Building 408, Conference Room 3815A,
Tomah, Wisconsin, on September 25, 2018, commencing at
2:40 p.m. and terminating at 4:00 p.m.


REPORTED BY:
Mary P. Hader, RPR, CSR



877.291.3376
www.UCRinc.com

Brahm, Victoria  09-25-2018

**2**

1              APPEARANCES OF COUNSEL
2  ON BEHALF OF THE PLAINTIFFS:
3      THE DOWNS LAW GROUP - MIAMI-DADE OFFICE
       ATTORNEY WILLIAM T. RIEDER, JR.
4      3250 Mary Street, Suite 307
       Coconut Grove, FL  33133
5
   ON BEHALF OF THE DEFENDANTS:
6
       U.S. DEPARTMENT OF JUSTICE
7      UNITED STATES ATTORNEY'S OFFICE
       ATTORNEY DAVID D. CONWAY
8      ASSISTANT UNITED STATES ATTORNEY
       WESTERN DISTRICT OF WISCONSIN
9      222 West Washington Avenue, Suite 700
       Madison, WI  53703
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**4**

1              INDEX OF EXHIBITS
2  EXHIBITS          DESCRIPTION          PAGE
3  G    Article, Victoria Brahm tries to heal
         scandal-plagued Tomah VA Medical Center    13
4
5  H    Report of Contact, Victoria Brahm      18
6
   I    Service Chief Approval            26
7
   J    Report of William J. O'Brien, DDS    32
8
   K    Letter of November 29, 2016          51
9
   L    CERT report                  52
10
11
   (Original exhibits attached to original transcript.
12  Copies of exhibits attached to transcript copies.)
13
14
15
16
17
18
19
20
21
22
23
24
25

**3**

1              INDEX OF EXAMINATION
2  WITNESS NAME: Victoria Brahm
                          PAGE
3  DIRECT EXAMNATION
       BY Mr. Rieder                5
4
   CROSS EXAMINATION
5      BY Mr. Conway            67 - 69
6  REDIRECT EXAMINATION
       BY Mr. Rieder         69 - 72
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**5**

1              DEPOSITION OF VICTORIA BRAHM
2                SEPTEMBER 25, 2018
3  THEREUPON:
4              VICTORIA BRAHM,
5  having been called as a witness herein, being first duly
6  sworn, was examined and testified as follows:
7              DIRECT EXAMINATION
8  BY MR. RIEDER:
9      Q   Could you please state your name for the
10  record.
11      A   Victoria Brahm.
12      Q   And your address?
13      A   ███████████████████████
14      ███████████
15      Q   And your date of birth, please.
16      A   ████████
17      Q   And are you represented by counsel here today?
18      A   Yes, I am.
19      Q   Are you currently employed?
20      A   Yes, I am.
21      Q   Where are you employed?
22      A   The Tomah VA Medical Center.
23      Q   And what is your position?
24      A   The medical center director.
25      Q   Have you ever had your deposition taken



Brahm, Victoria   09-25-2018

6

1  before?
2     A   Yes, I have.
3     Q   How many times?
4     A   Oh, I -- many.  I -- I can give you a
5  ballpark.
6        I don't -- maybe ten.
7     Q   I'll take the ballpark.
8        Okay.  Ten?
9     A   Yeah.
10    Q   Were any of those cases in which there was an
11  allegation of negligence against the Tomah VA?
12    A   Let's see.  I have to try and think of them.
13       There were allegations.  There were
14  allegations in one.
15    Q   Okay.  What were the allegations?
16    A   I think that was with the veterans assistance
17  foundation when we were moving them off the property, so
18  there were allegations, you know, that we might be doing
19  harm by moving them off the property.
20    Q   Was that in relation or in response to an
21  incident where a veteran died?
22    A   That wasn't directly in response to that.
23  There were multiple issues with that foundation causing
24  me to want to stop the contract and move them off the
25  property.  That was one of the issues.

7

1     Q   And the other depositions that you were
2  involved in, were those negligence actions as well?
3     A   Not to my knowledge; not negligence, no.
4     Q   Okay.  Well, to your understanding, I mean,
5  were they involving -- strike that.
6        Were they involving tort claims?
7     A   No.
8     Q   I lost you.  Can you hear me?
9     A   Yeah, I can hear you.
10       No, this is the first one with tort claims.
11    Q   Okay.  Well, let me ask you quickly.  We don't
12  have to spend a ton of time on this, but what were the
13  other depositions relative to?
14    A   See, I'm trying to remember.  I've done a lot
15  of -- I know I've done a lot of testimony on issues, but
16  some of them were the same ones over and over.  There --
17  I had to do one -- yes, there was another one.  How
18  could I forget.
19       Dr. Houlihan with the whole opioid scandal.
20       That was the other -- several depositions
21  related to that.  And so I suppose that was, that was
22  more allegations against the Tomah
23  Hospital.  I was not the director at the time.
24       Well, I was acting director.
25    Q   By the Dr. Houlihan scandal you're mentioning,

8

1  is that involving the over the prescription or
2  overprescription of opioids or pain medication?
3     A   Yes.  There were multiple investigations
4  surrounding that whole series of events.
5     Q   And how about involving -- the litigation
6  involving Jay Simcakoski?  Were you involved in that?
7     A   Some of the questions in the deposition
8  brought up the incident, but his actual passing away was
9  prior to me being here, so I guess -- I guess it would
10  be yes, that some of those questions came up regarding
11  care delivered, but, at the time, you know, I was not
12  there, so I was not the person.  I was talking about
13  things that we'd done after that to remedy things.
14    Q   Okay.  All right.  Well, for this deposition,
15  I just ask you to please wait until I finish my question
16  before you begin your answer so we don't talk over each
17  other so the court reporter can take down everything
18  that you say.  Please answer my questions out loud as
19  opposed to shaking your head or nodding so the court
20  reporter can record it.  I ask you not to speculate and
21  only answer a question if you know the answer.  And if
22  at any time you need a break, that's certainly fine;
23  just let me know;
24  I'll be happy to take a break, but just if there's a
25  question pending, if you let me -- if you'll answer the

9

1  question before you take the break.  Does that sound
2  good?
3     A   Sounds good.
4     Q   All right.  Are you aware that a lawsuit has
5  been filed by six veterans against the Tomah VA
6  Medical Center?
7     A   Yes.
8     Q   Do you know what they allege happened?
9     A   Not in detail.  I know stress is a factor.
10    Q   Okay.
11    A   Well, you mean, that they were exposed -- they
12  feel they were exposed to potential viruses because of a
13  negligent dentist.
14    Q   Okay.  Is that true?
15    A   There was a negligent dentist.  There was very
16  low risk of some exposure to some veterans.
17    Q   So you say there was a negligent dentist.
18       Do you think the VA, Tomah VA was negligent in
19  any way?
20    A   No, I don't.
21    Q   Do you think it was all on the dentist?
22    A   I think it was a purposeful act of a dentist
23  who knew better.
24    Q   You say it was purposeful.  You mean it was
25  purposeful in that he was purposefully breaching



Brahm, Victoria   09-25-2018

10

1  infection control standard or purposely trying to hurt
2  the veterans?
3     A   I don't think it was malicious.  I think it
4  was the latter, that he purposefully knew better and
5  vio-- breached our policies which he was trained on.
6     Q   So you don't think he was doing this to hurt
7  anybody?
8     A   I don't think so.
9     Q   Did anything in the investigation uncover that
10 he was attempting to hurt anybody?
11    A   No, not to my knowledge.
12    Q   All right.  To complicate this, doing this
13 deposition by video conference, there appears to be
14 construction in the room next door, so you're probably
15 going to hear the jackhammer while we do this.
16    A   I'm sorry.  I did not do that on purpose.
17    Q   I don't know.
18        Have you reviewed any documents before coming
19 here today?
20    A   I did.
21    Q   What did you review?
22    A   I did refresh my memory.  I read the IG
23 report.
24        I read some of my notes and time lines related
25 to what happened on certain dates to refresh my memory.

11

1  I reread the investigation that
2  Dr. O'Brien did as well.
3     Q   All right.  And those notes and time lines
4  that you kept, is that personal notes that you have or
5  is that something that was turned over to the
6  investigators?
7     A   Yeah.  Everything should be -- should have
8  been turned over.  Yeah, these aren't personal notes.
9        They are things that we submitted at the time
10 it was being looked into.
11    Q   So what is your highest level of education?
12    A   A Master's degree.
13    Q   From where?
14    A   UWM-Milwaukee.
15    Q   All right.  Did you have any jobs coming --
16 before coming to Tomah VA?
17    A   Yes.  I have -- I've been with the VA over 37
18 years.  But prior to this VA, I was at the
19 VISN 12 office, the regional office in Chicago.
20        Prior to that -- I'm sorry.
21    Q   Where Dr. O'Brien is, by the way?
22    A   I'm sorry.
23    Q   Yeah, I know this is going to be problematic
24 but there's no way -- I said, is that where
25 Dr. O'Brien is, by the way?

12

1     A   He is stationed in Milwaukee but is a VISN
2  employee.  I was similar to that.  I lived in
3  Milwaukee, a suburb of Milwaukee, and was a VISN
4  employee as well.
5     Q   And I interrupted you.  You were going to tell
6  me more about your background so I'll listen.
7     A   Well, I was at the VISN for ten years as the
8  chief quality management officer and the chief nursing
9  officer.  And then, prior to that, 25 years with the
10 Milwaukee VA in various positions.  I started there in
11 1981 as a staff nurse.
12    Q   And did you have any prior experience as a
13 director of a facility?
14    A   Not a director.  I graduated in 2004 from a
15 healthcare leadership institute with the VA.  I was
16 there from 2004 to 2006.  So actually graduation was in
17 2006.  I also had core business training and have been a
18 quadrad leader, which means one of the four leaders in
19 the region.  So not exactly a director, but in the
20 quadrad for those ten years.  In addition, I have done
21 an acting director role in Iron
22 Mountain, Michigan.
23    Q   And when did you first come to the Tomah VA?
24    A   October 2015.
25    Q   And that's incidentally the same month that

13

1  Dr. Schiller came to the Tomah VA.  Is that right?
2     A   That is right.
3     Q   Did you have any role in his hiring?
4     A   No.  Other than signing off, you know, that is
5  done at the chief of staff.  But when they set salary,
6  that comes through the director's office, so I would
7  have signed a document authorizing his salary.
8     Q   Okay.  What was the Tomah VA Medical Center
9  like when you took over?
10    A   It was -- traumatized would be a good word.
11        They were actively going through this opioid
12 scandal.  There were field hearings.  There were
13 IG inspections, DEA inspections, multiple different
14 bodies.  There were vacancies.  We had to rebuild the
15 medical center.  So I would call it traumatized.
16        MR. RIEDER:  All right.  If you'll take a look
17 at -- we're going to mark it as Exhibit G.
18        It's -- Mary, it's an article entitled
19 Victoria Brahm tries to heal scandal-plagued
20 Tomah VA Medical Center.
21        (Discussion off the record.)
22        (Brahm Exhibit G marked for identification.)
23 BY MR. RIEDER:
24    Q   If you just take a look at it, Mrs. Brahm, and
25 just take a moment to orient yourself with it.



Brahm, Victoria   09-25-2018

14

1          Let me know when you're familiar with.
2      A   I am familiar with the article.
3      Q   All right.  So I'm just -- I'm looking through
4   it right here, and it says -- and I'm paraphrasing --
5   that you were brought in to fix the place in the wake of
6   the scandal.  During an hour long interview in her
7   office, Brahm pointed to improvements in care and a push
8   to change the work culture.  Says that Brahm described
9   the necessity of confronting a toxic work culture.
10          Is that accurate?  Is that your statement?
11     A   There were -- yes, there were pockets of
12  toxicity as well.
13     Q   Okay.  In what way?
14     A   There were some areas where there was some
15  bullying and intimidation by the previous leadership.
16  That's one of the reasons that, you know, they're not
17  here anymore.  So there was not necessarily an
18  environment there of psychological safety in those
19  years.
20     Q   And the article says in a January 2015 report,
21  the center for investigative reporting revealed a
22  pervasive culture of intimidation and retaliation
23  against employees.
24          Can you hear me or am I talking too fast?
25          THE REPORTER:  It's too fast with this

15

1   drilling in the background.
2          MR. RIEDER:  All right.
3          THE REPORTER:  The article says in a
4   January '15 report, the center for --
5   BY MR. RIEDER:
6      Q   -- investigative reporting, it revealed --
7   revealed a pervasive culture of intimidation and
8   retaliation against employees who spoke out.
9          Is that what you're referencing?
10     A   Right.  Much of that coming from the previous
11  chief of staff.
12     Q   And who was that?
13     A   Dr. David Houlihan.
14     Q   Yeah.  I think you went on to say there were
15  those who thought the hospital couldn't even survive.
16  Is that accurate?
17     A   Staff were scared.  Staff were scared and
18  there was some question about whether Tomah would be
19  able to pull through this scandal because it was so
20  public and traumatizing.
21     Q   So you had to work to change the culture?
22     A   Yes.
23          (Discussion off the record.)
24  BY MR. RIEDER:
25     Q   All right.  So we talked about the pervasive

16

1   culture of intimidation, retaliation, and those that
2   thought that the hospital couldn't survive, and you
3   working to change that culture.  But in -- tell me if
4   you agree with me that that's not the kind of change
5   that happens overnight.
6      A   It doesn't, but it was very rapid.
7      Q   So -- (vibration of voice) --
8          MR. CONWAY:  Bill, we're having that same
9   problem again.  I don't know if you want to try a
10  disconnect-reconnect.  Basically, your voice comes
11  across like a jackhammer sound.
12          It's kind of a real rapid cutting in and out,
13  so it doesn't --
14          MR. RIEDER:  All right.  (Vibration of voice.)
15          MR. CONWAY:  Okay.  All right.
16          THE WITNESS:  Should I try and see if
17  I can get this jackhammering to stop?
18          THE REPORTER:  Sometimes it's the phone.  Are
19  your phones on?  Because if that's that close,
20  sometimes that will make a change.
21          Can you put them --
22          THE WITNESS:  Sure.
23          THE REPORTER:  I hadn't thought about that the
24  last time, but usually --
25          MR. CONWAY:  Do you think the hotspot's doing

17

1   it?  Or is it necessary for what you're --
2          THE REPORTER:  I don't know.  I don't think
3   it's doing harm.
4          MR. CONWAY:  Okay.
5          THE REPORTER:  It has to be there for the
6   connection to keep going.
7          MR. CONWAY:  Okay.  Do you want it closer or
8   farther away?
9          THE REPORTER:  It's not mine so I don't know
10  how far away it works.
11          MR. CONWAY:  Okay.  Sounds good.
12          MR. RIEDER:  Are you there?
13          MR. CONWAY:  Yeah, much better.
14          MR. RIEDER:  All right.  You got me?
15          MR. CONWAY:  Yeah, loud and clear.
16          MR. RIEDER:  All right.  I have absolutely no
17  idea where I was.
18          Can you let me know, Mary, where I was, what
19  we were discussing?
20          I'm actually -- you know what?  Never mind.  I
21  found it.
22          So we were talking about -- we're on the
23  record.  Everybody there?
24          MR. CONWAY:  Yeah.
25          THE WITNESS:  Yes.



Brahm, Victoria   09-25-2018

18

1  BY MR. RIEDER:
2     Q   Okay.  So what I stated was that, during the
3  course of this interview, you were asked what the
4  facility would look like a year from now.
5        Brahm said, it's not going to be perfect
6  because change takes a long time.  Is that accurate?
7     A   Yes.
8        MR. RIEDER:  Okay.  And you were -- you were
9  interviewed by the OIG.
10       If you want to mark that as the next exhibit;
11  it's Report of Contact, 2655, Mary.
12       THE REPORTER:  2665?
13       MR. RIEDER:  Yeah, 2665.
14       (Brahm Exhibit H marked for identification.)
15  BY MR. RIEDER:
16    Q   Okay.  So if you go to -- if you turn to page
17  three, it's 2667 at the bottom.  If you just take a
18  moment to orient yourself with that, let me know when
19  you're familiar.
20    A   Okay.  I'm there.
21    Q   All right.  Okay.  I'm looking at -- I'm
22  looking at the middle of the page.
23  ████████████████████████████
24  ██████████████████████████████████
25  █████████████████████████████

19

1  ███████████████████████████████
2  ██
3  ████████████████████████████
4  ████████████████████
5  ███████████████████████
6  ██████████████████
7  ████████████████
8  █████████████████████
9  ████████████
10 ███████████████████████
11 ███████████████
12 ████████████████████
13 ██████████████
14 ████████████████████████
15 ████████████████████
16 ██████████████████████████
17 █████████████████
18 ██████████
19 Q  ██████████████████████
20 ████████████████████
21 ██████████████
22 A ███
23    Q   There were employees that had been there for a
24  long time when you took over.  Is that correct?
25    A   Correct.

20

1     Q   And I assume that they were kind of set in
2  their ways?
3     A   Some were.
4     Q   Yeah.  Did any of them have to be retrained?
5     A   Yes.  Retraining and removing in some cases.
6     Q   Was any of that retraining or removing
7  directed at the dental clinic?
8     A   There was retraining and removing with this
9  incident.
10    Q   I'm talking about before --
11    A   Before that?
12    Q   -- that came to light.
13    A   There was normal training.  That was not one
14  of the areas identified in my tenure as the -- as a
15  toxic area.
16    Q   Were there any specific changes that you
17  implemented directed at the dental clinic?
18    A   Well, I think there were changes that applied
19  to the dental clinic as well as lots of others.
20       For one thing, we did massive amounts of
21  psychological safety training, and that is reporting.
22  We did a lot of training with civil respect.  We did --
23  implemented a program called
24  VA Voices, which is about listening, and understanding,
25  and valuing differences and diversity, which applied to

21

1  everyone.
2     Q   So it sounds like this fear and intimidation
3  thing was a very pervasive -- and correct me if
4  I'm wrong -- very pervasive feeling throughout the
5  facility because you spent a lot of time on
6  psychological safety training.  Is that accurate?
7     A   Yes.
8     Q   Did you have any interaction with the chief of
9  dental services?
10    A   I had some interaction.
11    Q   Did he report directly to you?
12    A   No.
13    Q   Who did he report to?
14    A   He reported to the associate chief of staff
15  from
16  Madison service.
17    Q   And who is that?
18    A   Dr. Joy Pica.
19    Q   Did she report to you?
20    A   No, she would report to the chief of staff.
21    Q   And who was that?
22    A   At that time, it was Dr. Sheila Gelman.  She
23  is retired.
24    Q   And you still have contact information for
25  Dr. Gelman?



UNIVERSAL
COURT REPORTING

Brahm, Victoria   09-25-2018

22

1    A   I suppose human resource may have it.  She's
2  out of the state.
3    Q   So what was your contact like with
4  Dr. Marcantonio?
5    A   It would be at certain meetings; when I did
6  rounds.  Not frequent.
7    Q   Monthly, weekly?
8    A   Monthly might be accurate.
9    Q   Did you have any opinion of him as a leader?
10   A   I didn't know him well.  He was respected by
11  the associate chief of staff for medicine.  He seemed
12  very cordial, respectful, to me.
13   Q   Do you know what role, if any, he played in
14  hiring Dr. Schiller?
15   A   I don't know.  He would have been a selecting-
16  - but he would have been a selecting person.
17      Dr. Schiller would have reported directly to
18  him so he would have been the selecting official.
19   Q   What's a selecting official?
20   A   That is the person -- the person who the
21  employee will report to gets to make the final decision
22  for the hire of that employee, so he would be the final
23  decision maker.
24   Q   It was up to him to say, let's hire him; or,
25  no, let's pass on this guy?

23

1    A   Yes.
2    Q   Are you aware of Dr. Schiller's background
3  prior to being hired by the VA?
4    A   I know he was in the military.
5    Q   Are you aware of any adverse events?
6    A   I think there was one event where he was, I
7  believe -- well, I don't want to conjecture.
8       There was one event that the medical staff
9  executive board reviewed and felt that he was not at
10  fault, and -- but I don't know.  I think it may have
11  been removed.
12   Q   Who reviewed it?
13   A   There is a medical staff executive committee
14  that reviews all history of any new hire of any new
15  provider and decides if they'll awarded privileges
16  and what level of privileges, that kind of thing.  So
17  they review -- Vetpro, which is a -- it's a database
18  that tracks all tort claims and claims greater than
19  $100,000.00, those types of things.
20   Q   So what type of investigation do they conduct?
21   A   Well, they look at any claims, and then they
22  do the research on those claims to see if they were
23  valid, not dropped.  You know, sometimes physicians are
24  accused of things and then it's dropped upon
25  investigation.

24

1    Q   Do they talk to witnesses?  Or what kind of
2  things do they do?
3       MR. CONWAY:  Bill, can we take a quick break?
4  I can see somebody has joined this conference named
5  Jason Mareno.
6       MR. RIEDER:  Jason Mareno is the court
7  reporter here in Miami --
8       MR. CONWAY:  Okay.
9       MR. RIEDER:  -- that's supposed to be helping
10  us.  I don't know why it says that.
11      MR. CONWAY:  Okay.
12      MR. RIEDER:  I mean, I don't think he's, like,
13  listening in or anything.  Is that a concern or --
14      MR. CONWAY:  Not anymore.  It looks like he's
15  gone.
16      MR. RIEDER:  He's dropped off.  Yeah, I think
17  we're okay.
18      MR. CONWAY:  Just to the extent we're getting
19  into confidential things, I don't want somebody
20  else on the line.
21      MR. RIEDER:  Right.  Okay.
22      All right.  Yeah.  Go ahead, Mary, if you
23  will, and mark 937.
24  BY MR. RIEDER:
25   Q   Before we look at that, though, so what type

25

1  of fact finding is this medical staff executive
2  committee?  What kind of fact finding do they do?
3    A   I suppose it would be different for any
4  provider.  I mean, depending what the issue is.
5    Q   I guess I'm trying to get a feel for how deep
6  of a dive it is.  Do they actually go out and interview
7  witnesses?  Or do they just look at what's online?  Do
8  you know?
9    A   I don't want to conjecture.  I don't believe
10  they talk to witnesses.  They look at the case and they
11  look at what happened.  I also know that the chief
12  medical officer -- on any cases I believe over
13  $100,000.00, the chief medical officer at the VISN
14  reviews the case as well.
15   Q   What do you mean, over $100,000.00?
16   A   So if you file -- if you lose a tort claim and
17  you have to pay out over $100,000.00, then you're
18  reported on Vetpro, and that will show up in any
19  application.  You're required to say that on applying
20  for a job.
21   Q   So do they review these to some extent based
22  on the amount of money that was awarded?
23   A   Well, I think they review all the -- the full
24  application, but the Vetpro is a key factor.
25      And I -- I'm not a Vetpro expert, but I



Brahm, Victoria   09-25-2018



26

1  believe that the cases that are greater than $100,000.00
2  are mandatorily required to be reported on
3  Vetpro.  So they absolutely look at those.  And then any
4  other application -- and they do call references.  And I
5  know they do -- they do do that very strictly.
6     **Q   So in a tort claim where, say, $2,500.00 was**
7  **awarded, would that be accorded less potential scrutiny**
8  **than a tort claim where $100,000.00 was awarded?**
9     A   I don't think so because I've actually seen
10  them look at issues with a provider that may have had
11  some unrelated charge, and they have made sure that they
12  brought it up in the interview, looked into it, called
13  references that were not Vetpro issues.
14     (Brahm Exhibit I marked for identification.)
15     MR. RIEDER:  Okay.  If you'll take a look at -
16  -
17     Mary, what did we mark this one?
18     THE REPORTER:  This is Exhibit I.
19  BY MR. RIEDER:
20     **Q   I.  If you'll take a look at what's been**
21  **marked as Exhibit I, please.**
22     A   Okay.  This is the one I heard about.
23     **Q   Okay.  Yeah, so there's two incidences --**
24  **instances, I'll say.**
25     MR. CONWAY:  And, Bill, this is confidential.

27

1     MR. RIEDER:  What's that?
2     MR. CONWAY:  This is a confidential document,
3  for the record.
4     MR. RIEDER:  Oh.  Got it.  Okay.
5  BY MR. RIEDER:
6     Q
7
8
9
10
11     A
12     Q
13
14     A
15     Q
16
17
18     A
19     Q
20
21
22     A
23     Q
24
25

28

1     A
2
3
4
5
6
7
8
9
10
11     Q
12     Q
13     Q
14
15
16
17     A
18
19
20     Q
21     A
22
23     Q
24
25

29

1
2
3     A
4     Q
5
6     A
7     Q
8     A
9     **Q   What's FPPE and OPPE?  What do those stand**
10  **for?**
11     A   FPPE is a focused -- oh, I don't know if I --
12     FPPE is a focused review providers get.  All
13  new providers get this.  And it means that they're
14  monitored in some way; chart review or someone looking
15  over their shoulder until there is confidence that their
16  practice is safe and follows what we like them to
17  follow.  And then they're released from FPPE.
18     OPPE is the ongoing provider oversight.  And
19  those are done every six months.
20     They're done chart review of peers and peer
21  reviews that go through a peer review committee to
22  ensure that the practice that was deemed stable at FPPE
23  continues in OPPE.  And that's all monitored through the
24  medical staff executive committee.
25     Q

Brahm, Victoria   09-25-2018



**Page 30**

1
2 A
3 Q
4 A
5 Q
6 A
7
8
9 Q
10 A
11
12
13 Q
14 A
15
16
17
18
19
20 Q
21
22 A
23
24
25

**Page 31**

1
2
3 Q
4 A
5 Q
6 A
7 Q
8
9
10 A
11 Q
12
13
14
15
16
17
18
19
20
21
22 Q
23
24 A
25

**Page 32**

1
2
3
4
5
6
7     Q    At some point, did you task Dr. O'Brien with
8  conducting a fact finding?
9     A    Yes.
10     Q    And did he draft a report in response to your
11  tasking him with that?
12     A    Yes.
13        MR. RIEDER:  Okay.  Mary, it's 1852.
14        (Brahm Exhibit J marked for identification.)
15        THE REPORTER:  This is letter J.
16        MR. RIEDER:  Okay.
17        MR. CONWAY:  And, Bill, this is also
18  confidential?
19        MR. RIEDER:  Okay.
20  BY MR. RIEDER:
21     Q    Turn to page three, if you will.  Take a
22  moment to orient yourself with the document and let me
23  know when you're familiar with it.
24     A    Okay.
25     Q    Do you -- how well do you know Dr. O'Brien?

**Page 33**

1     A    I worked with him at the VISN.  Colegally, I
2  just know that he was our go-to for any dental issues in
3  the region.
4     Q    What do you think of him as an investigator or
5  a fact finder?
6     A    Well, I think he's got integrity; and I think
7  he would -- and he's very good technically, so he would-
8  - I would trust his assessment.
9     Q
10
11
12
13
14
15
16
17
18
19
20
21
22 A
23 Q
24
25

Brahm, Victoria   09-25-2018



**Page 34**

1  ███████████████
2  ███████████████
3  ███████████████
4  ███████████████
5  ███████████████
6  ███████████████
7  ██████
8  ███████████
9  ███████████████
10 ███████████████
11 ██████
12 A ███████████████
13 ███████████████
14 ███████████████
15 ███████████████
16 Q ███████████████
17 ███████████████
18 A ██████████
19 Q ██
20 A ███████████████
21 ███████████████
22 ███████████████
23 ███████████████
24 ████████
25 ████████████

**Page 35**

1  ███████████████
2  ███████████████
3  ███████████████
4  ████████████
5  Q ███████████████
6  ███████████████
7  A ███████████
8  Q ███████████████
9  ████████
10 A ███████████████
11 █
12 ████████████
13 ███████████████
14 ███████████████
15 ████
16 Q  Do you know how long Dr. Schiller's improper
17 infection control practices were alleged to have gone
18 on?
19 A  He said January of 20- -- January of 2016.
20 Q  Until when?
21 A  Until he was removed from the clinic, October.
22 It would be Oct- -- let's see, October '15 he
23 came; January '16 until he was removed, roughly
24 October '17.
25 Q  So nine months, a year?

**Page 36**

1  A  Roughly.
2  Q ███████████████
3  ███████████████
4  ███████████████
5  ███████████████
6  ███████████████
7  ███████████████
8  ██
9  Do you think there was adequate supervision in
10 the dental clinic?
11 A  It doesn't sound like it.
12 Q  Okay.  Do you think there was adequate
13 training?
14 A  Yes, absolutely.
15 Q  Do you think that these employees were
16 adequately trained to report adverse incidents?
17 A  I think the training was there, absolutely.
18 They knew what to do.  The fact that they
19 didn't do it is a culture issue.
20 Q  You think it's a fear of reprisal,
21 intimidation situation?
22 A  That is what one of the dental assistants
23 finally came forward with when we investigated this
24 whole situation.
25 Q  What do you think?

**Page 37**

1  A  I believe -- I believe her.  I think that they
2  were afraid that -- at least she was afraid to come any
3  further for fear of reprisal.
4  Q  And you think that that's a training issue?
5  A  I think it's a culture issue.  And the
6  training helps.  Psychological safety, I have an open
7  door policy myself.  We've removed all the leadership.
8  We have brand-new leadership in place that is open.  We
9  walked through the area ourselves, you know.  And that's
10 one of the reasons when this second dental assistant
11 came forward, that we actually visibly rewarded her
12 because we've got to change that fear.
13 So I think, you know, we were, what, less than
14 a year in.  After a year, all our employee survey
15 results showed way -- I mean, we went from 77 to
16 hospital out of, you know, approximately 139 to 48
17 hospital, in quality and best place to work.  So I think
18 we're in the middle of shifting the right direction.
19 Unfortunately, not all these employees
20 apparently felt safe.
21 Q  Right.  And so -- and I'm including the time
22 period and referencing the time period before you
23 arrived and up through the time that
24 Dr. Schiller was breaching these infection control
25 standards and these employees were apparently aware of



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

38

1  it. Do you think the VA's permitting of a culture of
2  fear to take place and to exist in the facility -- do
3  you think the
4  VA then bears some responsibility for this incident?
5      A   I feel that the senior leadership of the
6  facility should take accountability and that is why they
7  are no longer here. I feel there is.
8      Q   All right.
9      A   If I allowed that as the current director to
10 occur, that would not be right. I feel like the
11 director, chief of staff were highly accountable for
12 this.
13     Q   So the VA employees' former leadership?
14     A   Yes. I think leadership has --
15     Q   All right.
16     A   -- an obligation to create that culture.
17     Q   And they created a culture of fear and a
18 culture of intimidation as opposed to a culture where if
19 you see something, you say something; if you see an
20 adverse event, you report it?
21     A   Correct.
22     Q   Is that accurate?
23         Okay.
24     A   Yes.
25     Q   Do you think that would have prevented this

39

1  incident?
2      A   It would be a conjecture to say that; however,
3  had people come forward, perhaps a look higher than
4  Marcantonio would have occurred. I don't know what Dr.
5  Marcantonio reported up the chain.
6         Certainly it did not get to my level.
7      Q   So a look higher would have been Dr. Pica?
8      A   Yes.
9      Q   If Dr. Pica knew about this, you think she
10 would have let it go?
11     A   No.
12     Q   Okay. She would have prevented it?
13     A   I think so. She has a lot of integrity.
14     Q   Do you know if Dr. O'Brien's -- strike that.
15         Do you know if Dr. O'Brien conducted
16 inspections at the dental clinic?
17     A   That is required. I don't know how often. At
18 least, annually the VISN is supposed to be looking at
19 that dental clinic. And there -- I know that they did
20 have a dental inspection while I was here. Dr. O'Brien
21 met with me once to go over some dental findings.
22     Q   Do you know if his inspections were announced
23 or unannounced?
24     A   I don't know.
25     Q   Instead of giving you another document to read

40

1  through, I'll briefly go through this. So this is the
2  VA OIG inspection report. Have you seen that report?
3      A   Yes.
4      Q   Okay. I'm going to read briefly from it. It
5  says, we identified two factors that contributed to the
6  facility of leadership not being aware sooner. Dentist
7  A's improper infec-- -- excuse me --
8         THE REPORTER: I'm sorry. I can't understand.
9  You're reading too fast.
10        MR. RIEDER: Okay. I'm sorry. I'm from the
11 big city. We talk really fast.
12        MR. CONWAY: What city is that?
13        MR. RIEDER: Ready?
14        THE REPORTER: Yes.
15        MR. RIEDER: All right.
16 BY MR. RIEDER:
17     Q   We identified two factors that contributed to
18 facility leadership not being aware sooner of
19         Dentist A's improper infection control
20 practices. These factors included: (1) failure of the
21 staff, despite safety and infection control training, to
22 report Dentist A's breach of infection control
23 practices. And then it goes on, (2) advance
24 notification and other issues associated with the Dental
25 Clinic inspections.

41

1         THE REPORTER: Were you saying Dentist
2  A's?
3         MR. RIEDER: Dentist A, yeah. So they're
4  referred to in the report as Dentist A.
5         THE REPORTER: Okay.
6         MR. CONWAY: Victoria, do you want to see that
7  in writing?
8         If that would be easier.
9         MR. RIEDER: That's certainly fine.
10        If you want to take a peek at it before we
11 discuss it.
12        We've marked it before. Mary, it's the one
13 with the big seal on it. It says healthcare
14 inspection.
15 BY MR. RIEDER:
16     Q   So it starts on the bottom of page six and
17 goes over to page seven. Just take all the time you
18 need to familiarize yourself with it.
19     A   Okay. I'm familiar.
20     Q   So the OIG apparently in investigating this
21 incident determined that Dr. O'Brien announced his --
22 when his inspections were going to take place. Do you
23 think that if his inspections had not been announced,
24 Dr. Schiller's actions could have been uncovered
25 earlier?



Brahm, Victoria   09-25-2018

---

**42**

1  MR. CONWAY:  Objection, assumes facts.
2  Go ahead.
3  THE WITNESS:  It's possible that they would
4  have found his burs, his personally owned
5  equipment, because that's part of any inspection is
6  to look for personally owned equipment.
7  BY MR. RIEDER:
8  **Q  So, yeah, it's possible?**
9  A  It's possible.
10  **Q  Okay.  How about his lack of use of personal**
11  **protective equipment?  Is that something else they may**
12  **have seen?**
13  A  They may have.  It's my understanding, though,
14  that, at this point, after looking at this, that the
15  staff often reminded him, so I don't know if they would
16  have seen him not do it, or if the staff would --
17  **Q  You're talking about the inspections?  Or**
18  **they--**
19  A  No --
20  **Q  -- would remind him to --**
21  A  Remind him to put on your gown, or reminded
22  him afterward.  After finding out about this, I did some
23  inquiry to find out how could this happen.
24  And I guess there was -- I was told there was
25  quite a bit of nagging going on, like, please do this,

---

**43**

1  please put your gloves on, so I'm not sure the staff let
2  him get away with it, but they didn't report it up.
3  **Q  Right.**
4  **So they knew about it for a long period of**
5  **time?**
6  A  I don't know how long, but apparently -- well,
7  apparently.  I don't know exactly how long he was not
8  doing this, but he did admit he was using his burs since
9  January.
10  **Q  Do you think the VA should have fired**
11  **Dr. Schiller once it became apparent that he was**
12  **breaching these infection control standards?**
13  A  Absolutely.
14  **Q** ███████████████████████████
15  **Q** ██████████████████████████████
16  **Q** ██████████████████████████████
17  ████████████████
18  A  ████
19  **Q** ████████████
20  ████
21  A  ██████████
22  **Q  Do you think she bears some responsibility for**
23  **this?**
24  A  She bears responsibility, but she did report
25  it to who she thought was a lead.

---

**44**

1  **Q  At some point while working for the VA, did**
2  **you become concerned about David Houlihan's actions?**
3  A  Yes, I did.
4  **Q  Did you raise it up the chain of command?**
5  A  Yes, I did.
6  **Q  Who did you tell?**
7  A  I told the network director of VISN 12.
8  **Q  At some point did you say that wasn't -- you**
9  **didn't have enough evidence to say he was really going**
10  **to kill something -- someone; it wasn't strong enough to**
11  **say, I'm calling the press.**
12  **Did you say that?**
13  A  I don't remember quite saying that.  I asked
14  for an investigative board.  I was told that the
15  evidence was not strong enough.
16  **Q  All right.  Lori Cleaver claims that she went**
17  **to**
18  Sara Wagner, who she thought was her supervisor, and
19  Sara Wagner said he'll get caught sooner or later.  Is
20  **that your understanding?**
21  A  Yes, I believe she did say that.
22  **Q  Okay.  Was that kind of what happened to you**
23  **when you tried to get David Houlihan ousted?**
24  A  Well, I didn't sit and do nothing.  I actually
25  took other mechanisms, launched focused peer reviews.

---

**45**

1  There were multiple actions that I took.
2  **Q  When did he finally get removed?  Was it after**
3  **Jason Simcakoski passed away?**
4  A  Yes.
5  **Q  Why didn't you feel like you could call the**
6  **press?**
7  A  I did move it up my chain of command.  And,
8  actually, Dr. Murawsky, technically, if you look at peer
9  reviews, his peer reviews did not come back with a large
10  number of level threes, which would have been strong
11  enough to launch administrative boards.  So it was a
12  call.  My gut instinct was that we had a bad trend here.
13  So what we did is move forward, a group of us,
14  and we instituted new policies at
15  Tomah which would prevent Dr. Houlihan from being able
16  to do things like early refills of narcotics, which
17  would require him to do urine drops, which would put him
18  in the limelight so he wouldn't be able to, you know, do
19  the practice, you know, we were concerned he may be
20  doing until we could get enough evidence.
21  Our evidence just wasn't strong enough.  It
22  was a kind of a feeling that the trend was in a wrong
23  direction.  There were multiple complaints from
24  employees.  We did work with the IG very closely, too.
25  And I let them know everything that was occurring.

---



Brahm, Victoria   09-25-2018

46

1   Q   Do you know where Dr. Schiller is now?
2   A   No.
3   Q   Do you think that opioid overprescription is
4   still an issue at the Tomah VA?
5   A   No.
6   Q   I'm looking for another document.
7       Would it surprise you if I told you that Dr.
8   Schiller's license was suspended for unlawful use,
9   abuse, and possession of pain killers and anxiety
10  medicine?
11  A   When? Before this incident? Yes, it would
12  surprise me.
13  Q   After this incident.
14      After the incident. Did you hear me?
15  A   Yes, I did.
16      Yeah, I guess I'm surprised.
17  Q   Okay. Has anybody looked into whether
18  Dr. Schiller filled any prescriptions for himself at the
19  Tomah VA?
20      MR. CONWAY: I'm going to object on relevance
21      grounds. You know, I'm not sure where you're going
22      on this.
23      MR. RIEDER: Well, okay. You can object, but,
24      subject to me continuing to --
25      MR. CONWAY: Yeah, but I'm going to start

47

1   objecting more strenuously unless there's a clear
2   tie to this case.
3       MR. RIEDER: Well, I think the tie is pretty
4   clear. It's been noted in multiple investigations
5   and the media that there was an opioid issue at the
6   facility. Dr. Schiller, who was apparently
7   sleeping at his desk during clinical hours and
8   breaching infection control standards for over a
9   year, has now lost his license or has his license
10  suspended because of the use of, and abuse of,
11  multiple medications, including pain medicine and
12  anti-anxiety medicine, so I just want to know if he
13  filled any of those prescriptions at the Tomah VA;
14  maybe it's something that the Tomah VA should have
15  investigated. So do we know the answer if anybody
16  investigated that?
17      MR. CONWAY: Objection. You're putting a
18  bunch of facts out there and asking her to assume
19  they're true and answer your question. If you want
20  to show her a document, if you want to show her
21  evidence, go ahead, but --
22      MR. RIEDER: Yeah, that's -- okay.
23      Now, that's why I instructed her not to answer
24  because here it's indicated there's not a proper
25  basis for you to instruct her not to answer.

48

1       You want to object, that's certainly fine and
2   I'll continue with my examination; we can have it
3   ruled on later, but I'm not -- I'm telling her, in
4   light of these facts -- fine, forget these facts.
5   BY MR. RIEDER:
6   Q   I just want to know if anybody investigated
7   whether or not he filled any prescriptions for himself
8   at the Tomah VA.
9   A   We have strict oversight of our narcotics, so
10  he can't -- he can't fill any for himself. That would
11  have been noted. We have so many levels of oversight of
12  our opioid. And, if he would have tried to fill one for
13  himself, I'm sure that would have been caught.
14  Q   Did he have sufficient permission and
15  credential to write prescriptions?
16  A   I don't know his privileges offhand, but he
17  would have strict dental privileges and whatever
18  medications would go along with the dental service. And
19  if he was not doing -- it depends on the procedures he
20  was doing, what he would be able to order, so that would
21  be a privilege question. And I'm not -- I don't know
22  his privileges.
23  Q   As a nurse, do you think that sleeping during
24  work hours could be a symptom of the use or abuse of
25  pain medication or anxiety medication?

49

1   A   It could be a lot of things. It could be.
2   Q   It could be?
3   A   It could be. It could be a lot of things.
4   Q   Were you aware that Dr. Schiller was on the
5   pain committee?
6   A   I wasn't.
7   Q   What is the pain committee?
8   A   We have a couple of committees. One committee
9   is the pain committee and the oversight pain protocols,
10  pain guidelines, pain policies for the hospital. They
11  work very closely with the opioid safety committee,
12  which looks at any case of opioids that are bad
13  combinations or high doses.
14  Q   And he was on that committee?
15  A   He was on the pain committee. I don't know
16  that he was on the opioid committee; two different
17  committees.
18  Q   Who would know that?
19  A   Stacy Williams is our chair of both of those
20  committees. She's the associate director.
21  Q   Were you aware that he was on the infection
22  control committee?
23  A   I wasn't.
24  Q   And that he was supposed to be overseeing hand
25  hygiene. Had you heard that before?





**50**

1  A  I don't think -- I don't remember hearing
2  that.
3      It only lets me know he should have known
4  better then.
5      **Q  Do you know who appointed him or how he got on**
6  **the infection control committee and the pain committee?**
7      A  No.
8      **Q  How does that -- how does someone generally**
9  **get appointed or become a member of the committee?**
10     A  Well, usually the chair -- each committee has
11  a charter.  And, based on the charter, they're
12  recommended members.  So if, for instance, they wanted--
13  the chair felt there needed to be a representative from
14  dental, the dental chief would be contacted and asked
15  for a member.
16     **Q  Dr. Marcantonio?**
17     A  Right.
18     **Q  Do you know if anyone from the dental clinic**
19  **ever advised anybody from the infection control**
20  **committee that Dr. Schiller was breaching infection**
21  **control standards on an ongoing basis?**
22     A  Not that I'm aware of.
23     MR. RIEDER:  All right.  Mary, if you'll grab
24  that letter that says Department of
25  Veterans Affairs on top, let's mark that as the next

**51**

1  exhibit, please.
2      (Brahm Exhibit K marked for identification.)
3  BY MR. RIEDER:
4      **Q  All right.  Just take moment to orient**
5  **yourself with the letter and let me know when you're**
6  **familiar with it.**
7      A  I'm familiar with the letter.
8      **Q  Did you draft the letter?**
9      A  A group of us worked together to draft the
10  letter.  We had to get approval from central office on
11  what we were going to send out and work with public
12  affairs, so I didn't write it myself; I was part of it.
13     **Q  Is that your signature at the end of it?**
14     A  Yes.
15     **Q  Who else worked on it?**
16     A  Public affairs, our public affairs officer.
17  The central office reviewed it.  The VISN reviewed it.
18     **Q  Did you consult with a lawyer?**
19     A  I'm sure general counsel reviewed it.
20     **Q  What is the -- what's the date on the letter?**
21     A  November 29.
22     **Q  When did you first learn about the infection**
23  **control breaches in the dental clinic?**
24     A  October 21.
25     **Q  Why did it take more than a month to send a**

**52**

1  letter out to the veterans?
2      A  Many things happened immediately upon knowing
3  this so protocol was followed.  Dentist immediately
4  removed.  We had to actually do a risk assessment and an
5  investigation to show what the risk was.  After the full
6  risk assessment was completed, central office has
7  experts that look at this as well to make sure that when
8  we say it's low risk or very low risk, you know, we were
9  saying something that we could back up with evidence.
10     **Q  So you were saying it was very low risk or --**
11     A  This one says low risk.
12     **Q  -- we believe your risk of infection is low,**
13  **you believe that as of November 29, 2016?**
14     A  Absolutely.
15     MR. RIEDER:  Mary, will you mark 4167?
16     (Brahm Exhibit L marked for identification.)
17     MR. CONWAY:  It looks like we have a
18  confidential document, Bill.
19
20  BY MR. RIEDER:
21     **Q  Okay.  Please turn to page three, take a**
22  **moment to orient yourself with it, and let me know when**
23  **you're familiar, please.**
24     A  Okay.  I read it.
25     **Q**  ████████████████████████████

**53**

1      A  ████████████████████████
2      ███████████████████████████
3      ████████████████████████████
4      █████████████████████████
5      █████████████████████████
6      ████████████████████████
7      ███████████████████████████
8      ███████████████████████████
9      ██████████
10     **Q**  ██████████████████████████
11     ████████████████████████████
12     █████████████████████
13     A  ██
14     **Q**  ██████████████████████████████
15     ████████████████████████████████
16     ██████████████████████████████
17     ███████████████████████████████
18     ███████████████████████████████
19     ████████████████████
20     A  ██████
21     **Q**  ████████████████████████████████
22     ███████████
23     A  ████
24     **Q**  ██████████████████████████
25     ██████████



Brahm, Victoria   09-25-2018

54

1    A ████

2    Q ██████████████████

3    ████████████████████████████

4    █████████████████████████

5    ████████████████

6    A ████

7      Q   So on November 29, you guys had information

8  stating that the risk was high, didn't you?

9      A   We had information, newer information stating

10 the risk was low.  We had a local risk assessment that

11 was approved and done by experts as well.  So that is

12 not in here.  And that went through big detail about --

13 and everything was deemed low risk and very low risk.

14     Q   Who drafted that?

15     A   That was done by our infection control people

16 here, Melissa Moore was the key author.

17     Q   Melissa Moore's report was done on

18 October 21, 2016, wasn't it?

19     A   I don't know the date of the report offhand.

20     Q   Here.  I'll grab it for you.

21     A   Keep in mind that many meetings occur here and

22 then key experts weigh in, so more information was

23 known.  By the time we wrote the letter, we knew it was

24 low and very low.

25     Q   Well, the letter doesn't say very low, though,

55

1  does it?

2      A   There were two different letters.  One that

3  went to patients that had bridge and crown work who were

4  low risk; and one who went to patients that had no

5  bridge or crown work and they were very low risk.

6      Q   Is that the only change in the letter?  One

7  said low, one said very low?

8      A   To my knowledge, yes.  They were all offered

9  the same labs, the same followup.  What we were trying

10 to do was be extremely transparent so that we could try

11 and allay the fear as much as possible.

12     Q   Do you think that made a big difference to

13 somebody receiving a letter, whether it said very low or

14 low risk in terms of them having been infected to a

15 deadly virus?

16     A   No.  I think what could allay the fear is the

17 fact that we offered all the testing for free, as well

18 as genomic testing to assure that they did not contract

19 anything.  It's better than doing nothing.

20     Q   It's definitely better than doing nothing, but

21 would you say that my fear -- or, that someone's fear

22 would be allayed that they may have been exposed to a

23 deadly virus because they were offered free testing?

24     A   No, I'm sure anxiety would be present in some

25 people.

56

1      Q   Emotional distress?

2         MR. CONWAY:  Objection, calls for speculation.

3  BY MR. RIEDER:

4      Q   You can answer the question.

5      A   Some people.  I can't speak for --

6      Q   Would you have been distressed upon learning

7  that you may have been exposed to deadly viruses?

8      A   See, I knew more details.  Being a nurse, I

9  know the details that the bur actually doesn't break

10 tissue.  In very, very, very few cases, the risk is so

11 low.  I would have probably had high emotional distress

12 knowing the facts.  Now, lay people not knowing the

13 facts, you know, it's a different story.

14     Q   Would you have gotten tested?

15     A   Yes.

16     Q   Yes, you would have?

17     A   I would have.  Why not?

18         MR. RIEDER:  Mary, 1678.  If you could find

19 that one, I believe we referred to earlier.

20         (Discussion off the record.)

21         MR. CONWAY:  Again, confidential.

22         MR. RIEDER:  Yes.

23  BY MR. RIEDER:

24     Q   If you'll look at what's been marked as

25  Exhibit A, please turn to Page 10, and let me know when

57

1  you're familiar with it.

2      A   Okay.  I'm familiar.

3      Q   Okay.  Is this the report you were talking

4  about from Melissa Moore, the risk assessment?

5      A   Yeah, this is.

6      Q   Okay.  What was the date on this?

7      A   10-31.  I think one needs to note, too, that

8  more information comes to light; for instance, the fact

9  that the virus was used, so there was, like, no -- there

10 wasn't, like, no sterilization.  More and more

11 information kept coming to light.

12     Q   Is it 10-31 or 10-21?

13     A   Oh, let me look again.  I'm getting old.  10-

14 31 -- oh, this is Dr. O'Brien.  Okay.

15     Q   I'm on page ten.

16     A   Oh, 10-21; gotcha.

17     Q   Okay.  So were you aware of any risk

18 assessments that were reduced to writing in an event

19 between 10-21 and November 7 when the CERT issued this

20 report?

21     A   There was much information.  There may not

22 have been a formal risk assessment, but lots of

23 discussion about risk, and what was done, what wasn't

24 done, and what was the risk.  So when we wrote the

25 letter, we were told that it was low risk and very low





**Page 58**

1  risk.
2  Q
3
4
5
6
7
8  A
9
10
11
12
13
14
15
16  Q
17
18  A
19
20
21
22  Q
23
24  A
25

**Page 59**

1
2
3
4  Q
5
6  A
7  Q  All right.  Taking a look back at this letter,
8  the one that went out to the veterans, the second
9  sentence, it says this letter is to inform you that
10  established infection control practices were not being
11  followed by the dentist that treated you.  Is that true?
12  A  Yes.
13  Q  Turn over to the second page.  The first
14  sentence in the last paragraph, could you read that for
15  me?
16  A  As the acting medical center director, let me
17  sincerely apologize for the concern that this
18  notification may bring to you and your family.
19  Q  You knew you were delivering bad news --
20  A  Yes.
21  Q  -- correct?
22  A  Yes.
23  Q  You knew they'd be frightened?
24  A  It could be frightening, yes.
25  Q  It could be frightening to learn that you may

**Page 60**

1  have been exposed to a deadly virus?
2      MR. CONWAY:  Objection, asked and answered.
3  BY MR. RIEDER:
4      Q  You can answer.
5      A  Yes.
6      Q  Okay.  Do you think their spouses and loved
7  ones would be frightened?
8      MR. CONWAY:  Objection, calls for speculation.
9      THE WITNESS:  Yes, they could be.
10  BY MR. RIEDER:
11      Q
12
13
14
15  A
16  Q
17  A
18
19
20
21
22
23  Q
24  A
25

**Page 61**

1
2
3
4
5
6
7  Q
8
9
10
11  A
12
13
14
15
16
17  Q
18
19
20
21
22
23  Q
24  A
25

Brahm, Victoria   09-25-2018



**62**

1  
2  Q  
3  
4  A  
5  
6  Q  
7  
8  A  
9  
10  
11  Q  
12  A  
13  
14  
15  
16  
17  
18  Q  
19  
20  A  
21  Q  
22  A  
23  
24  
25  

**63**

1  Q  
2  A  
3  Q  
4  
5  A  
6  
7  
8  
9  Q  
10  A  
11  
12  Q  
13  A  
14  
15  
16  
17  
18  
19  Q  
20  A  
21  
22  Q  
23  A  
24  Q  
25  A  

**64**

1  
2  
3  
4  Q  
5  
6  
7  
8  A  
9  
10  Q  
11  A  
12        MR. RIEDER:  Okay.  Just give me one minute.
13  Let me look at my notes.  I think we're about done.
14        All right.  Thank you, Ms. Brahm.
15  I've got no further questions.
16        THE WITNESS:  Thank you.
17        MR. CONWAY:  I might have a few questions,
18  though I just need a -- just a minute to look at my
19  notes quickly.
20        MR. RIEDER:  Then I may have more questions.
21        (Discussion off the record.)
22  BY MR. CONWAY:
23        Q  Ms. Brahm, at the beginning of the deposition,
24  I think you made a comment along the lines of there was
25  a negligent dentist and I think you were referring to

**65**

1  Dr. Schiller.  Do you recall saying something like that?
2        A  Yes.
3        Q  Now, you're not a legally trained individual,
4  correct?
5        A  No.
6        Q  So when you use the term negligent, you don't
7  understand the meaning that --
8        A  No, I don't.
9        Q  So you're not aware of the meaning of
10  negligence within the context of the legal world.  Is
11  that fair to say?
12        A  Yes.
13        Q  Okay.  I think you also made a comment about
14  how maybe it sounded like Dr. Marcantonio provided
15  inadequate supervision in the dental clinic.  Do you
16  recall saying something along those lines?
17        A  Yes.
18        Q  Now, you don't know firsthand what type of
19  supervision Dr. Marcantonio specifically provided during
20  Dr. Schiller's tenure.  Is that fair to say?
21        A  Yes.
22        Q  You also mentioned that -- I think there was
23  something about there was somewhat of a toxic culture in
24  the VA when you arrived.  And that may have affected why
25  certain employees in the dental clinic didn't report



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

66

1  this conduct, this alleged conduct sooner.  Do you
2  remember that?
3      A  Yes.
4      Q  Again, you don't know what the particular
5  employees at issue in this case were thinking at the
6  time or you don't have firsthand knowledge of that.  Is
7  that correct?
8      A  Correct.  I can't definitively say there was a
9  correlation.
10      MR. CONWAY: That's all I've got, Bill.
11          EXAMINATION
12  BY MR. RIEDER:
13      Q  Okay.  I've got a question.  Ms. Brahm, what
14  do you think negligent means?
15      A  I know what I meant to say.  My intent was
16  that this dentist knew our policies and purposely did
17  not follow them.
18      Q  Okay.  What do you think negligent means, just
19  generally speaking?
20      A  Well, negligent means didn't -- well, didn't
21  follow the right procedures; did something that you knew
22  better than to do.
23          I'm not making sense.
24      Q  So your definition of negligent is to do --
25  is,

67

1  I'm sorry, what is it again?
2      MR. CONWAY:  Objection, asked and answered.
3      THE WITNESS:  I think there's probably --
4      MR. RIEDER:  I'm not sure that I understood
5  the first answer, so I want to hear the second one.
6      MR. CONWAY:  Can you read it back to him,
7  please?
8      MR. RIEDER:  No, no, I want to hear what she
9  has to say.  Your objection is asked and answered;
10  noted for the record.
11      THE WITNESS:  I failed --
12      MR. CONWAY:  Do you want to hear your previous
13  answer back?
14      THE WITNESS:  Sure.
15      MR. RIEDER:  Well, well, just a minute, just a
16  minute.  Now we're entering the realm of coaching.
17  I don't want this to degenerate.  Everything's been
18  very nice which is nice, but I'd like to hear what
19  your counsel has objected for the record this is
20  asked and answered.  I'd like to hear what your
21  definition of negligence is.  Since you elected to
22  say that he was a negligent doctor, I didn't ask
23  you --
24      MR. CONWAY:  Bill, she's giving you an answer
25  point blank to that very same question.

68

1      She can have --
2      MR. RIEDER:  I didn't understand.
3      Okay.  Well, I move to strike the first answer
4  because I didn't understand what her answer was, so
5  I'm asking again.
6      MR. CONWAY:  Wait.  You're striking a witness'
7  answer because you didn't like it?
8      MR. RIEDER:  No, I didn't say I didn't like
9  it.  I said I didn't understand it.
10      MR. CONWAY:  Would you like to hear it again?
11      MR. RIEDER:  I'd like to hear what she has to
12  say.  Let's just hear from the witness.
13      The rules don't provide for this kind of back
14  and forth.  She can give me an answer and we'll let
15  it stand.
16      MR. CONWAY:  My objection stands.
17      MR. RIEDER:  Yup.
18      THE WITNESS:  My answer was that negligence in
19  this case was defined by this dentist not following
20  policies that he knew to be present.  He didn't
21  follow policy, so I was defining that as
22  negligence.
23      MR. RIEDER:  All right.  Fair enough.
24      No further questions.
25      MR. CONWAY:  Okay.  And, Ms. Brahm, the rules

69

1  allow you, if you elect to do so on the record, a
2  30 day period to review your transcript once it
3  becomes available and to revise it as needed upon
4  your review.  But you have to elect whether you
5  want to do so on the record if you'd like to.
6      THE WITNESS:  Yes, I do.
7      MR. CONWAY:  That's all we've got.
8      MR. RIEDER:  All right.  Thank you for your
9  testimony, Ms. Brahm.
10      (Whereupon, the deposition of
11  Victoria Brahm was terminated.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Brahm, Victoria   09-25-2018

70

1           CERTIFICATE OF REPORTER
2  UNITED STATES DISTRICT COURT
3  FOR THE WESTERN DISTRICT OF WISCONSIN
4
5       I, Mary P. Hader, Registered Professional
   Reporter and CSR, certify:
6  That the foregoing proceedings were taken before me at
   the time and place therein set forth, at which time the
7  witness was put under oath by me;
   That the testimony of the witness, the questions
8  propounded, and all objections and statements made at he
   time of the examination were recorded stenographically
9  by me and thereafter transcribed;
   That a review of the transcript by the deponent was
10 requested; That the foregoing is a true and correct
   transcript of my shorthand notes so taken.
11 I further certify that I am not a relative or employee
   of any attorney of the parties, nor financially
12 interested in the action.
13      I declare under penalty of perjury under the laws
   of Wisconsin that the foregoing is true and correct.
14
15      Dated this 10th day of OCTOBER, 2018.
16
17
18
19
20 _____
   Mary P. Hader, RPR, CSR
21
22
23
24
25



877.291.3376
www.UCRinc.com

| $ | 2 | 37 11:17 | 45:15,18 |
|---|---|---|---|

**$**

**$100,000.00**
    23:19
    25:13,15,17
    26:1,8

**$2,500.00** 26:6
    27:10

**1**

**1** 40:20

**10** 56:25 57:13

**10-21**
    57:12,16,19
    58:2

**10-31** 57:7,12

**10th** 70:15

**12** 11:19 44:7
    53:15

**12-21** 58:14

**13** 4:3

**139** 37:16

**15** 15:4 35:22

**16** 35:23

**1678** 56:18

**17** 35:24

**17-CV-823** 1:2

**18** 4:4

**1852** 32:13

**1855** 33:24

**1958** 5:16

**1981** 12:11

**1997** 27:7

**1998** 27:13

**1999** 27:13

**2**

**2** 40:23

**2:40** 1:19

**20** 35:19

**200** 19:1

**2004** 12:14,16

**2006** 12:16,17

**2015** 12:24
    14:20 18:24

**2016** 4:7 35:19
    52:13 53:12
    54:18 58:2

**2018** 1:19 5:2
    70:15

**21** 51:24 54:18

**222** 2:9

**25** 1:19 5:2
    12:9

**26** 4:5

**2655** 18:11

**2665** 18:12,13

**2667** 18:17

**29** 4:7 51:21
    52:13 54:7

**29th** 54:1

**3**

**30** 69:2

**307** 2:4

**31** 57:14

**32** 4:6

**3250** 2:4

**33133** 2:4

**37** 11:17

**3815A** 1:18

**4**

**4:00** 1:19

**408** 1:18

**4167** 52:15

**48** 37:16

**5**

**5** 3:3

**500** 1:18

**51** 4:7

**52** 4:8

**53089** 5:14

**53703** 2:9

**6**

**6** 5:16

**67** 3:5

**69** 3:5,6

**7**

**7** 53:12 57:19

**700** 2:9

**72** 3:6

**77** 37:15

**9**

**90** 30:11 34:23

**9-20-16** 58:3

**937** 24:23

**A**

**able** 15:19

**45:15,18**
    48:20 61:24

**about** 8:5,12
    12:6 15:18,25
    16:23 17:22
    20:10,24
    26:22 27:25
    28:23 31:22
    34:21 39:9
    42:10,17,22
    43:4 44:2
    51:22 54:12
    57:4,23 64:13
    65:13,23

**above-entitled**
    1:16

**absolutely**
    17:16 26:3
    32:4 36:14,17
    43:13 52:14

**abuse** 46:9
    47:10 48:24

**accorded** 26:7

**according**
    27:16

**accordingly**
    34:7 35:14

**accountability**
    38:6

**accountable**
    38:11

**accurate** 14:10
    15:16 18:6
    21:6 22:8
    31:9 38:22

**accurately**
    53:21

**accused** 23:24



across 16:11

act 9:22

acting 7:24
  12:21 30:16
  59:16

action 1:16
  35:7 70:12

actions 7:2
  41:24 44:2
  45:1

actively 13:11

actual 8:8
  28:15

actually 12:16
  17:20 25:6
  26:9 27:15
  37:11 44:24
  45:8 52:4
  56:9 58:8,25
  63:14

acute 62:13

added 58:15

addendum 54:2
  58:15

addition 12:20

address 5:12

adequate
  36:9,12

adequately
  36:16

administrative
  45:11

admit 43:8

advance 40:23

adverse 23:5
  36:16 38:20

advised 50:19

affairs 50:25
  51:12,16

affected 65:24

afraid 37:2

after 8:13
  19:10
  27:12,23
  33:12 37:14
  42:14,22 45:2
  46:13,14 52:5
  60:17

afterward
  42:22

again 16:9
  27:13 28:17
  56:21 57:13
  66:4 67:1
  68:5,10

against 6:11
  7:22 9:5
  14:23 15:8

agree 16:4
  29:2 35:5,9

ahead 19:9
  24:22 42:2
  47:21

aid 62:3

all 1:7 8:14
  9:4,21 10:12
  11:3,15 13:16
  14:3 15:2,25
  16:14,15
  17:14,16
  18:21
  23:14,18
  24:22 25:23
  28:20
  29:12,23

30:24 31:19
32:6 33:9
37:7,14,19
38:8,15 40:15
41:17 44:16
50:23 51:4
52:25 53:6
55:8,17 59:7
60:17,25 61:3
63:13 64:3,14
66:10 68:23
69:7,8 70:8

allay 55:11,16

allayed 55:22

allegation
  6:11

allegations
  6:13,14,15,18
  7:22

allege 9:8

alleged 35:17
  66:1

alleging 27:9

allow 69:1

allowed 38:9

along 48:18
  64:24 65:16

also 12:17
  25:11 30:25
  32:17
  65:13,22

Alto 62:24
  63:1,4,21

always 30:18
  33:14

am 5:18,20
  14:2,24 31:25

70:11

AMERICA 1:10

amount 25:22

amounts 20:20

anesthesia
  28:4,7

announced
  39:22
  41:21,23

annually 39:18

another 7:17
  39:25 46:6
  60:24

answer
  8:16,18,21,25
  47:15,19,23,2
  5 56:4 58:20
  60:4
  67:5,13,24
  68:3,4,7,14,1
  8

answered 60:2
  67:2,9,20

anti-anxiety
  47:12

anxiety 46:9
  48:25 55:24

any 6:10 8:22
  9:19 10:18
  11:15 12:12
  13:3
  20:4,6,16
  21:8 22:9,13
  23:5,14,21
  25:3,12,18
  26:3 33:2
  35:1 37:2
  42:5 46:18
  47:13 48:7,10



49:12 53:4
57:17 62:3,7
63:1,8,15
70:11

**anybody**
10:7,10 46:17
47:15 48:6
50:19 61:19

**anymore** 14:17
24:14

**anyone** 50:18

**anything** 10:9
24:13 55:19
58:7

**apologize**
59:17

**apparent** 43:11

**apparently**
37:20,25
41:20 43:6,7
47:6

**appear** 27:19

**APPEARANCES**
2:1

**appears** 10:13
27:15

**applicant**
28:15,19

**application**
25:19,24 26:4

**applied**
20:18,25

**applying** 25:19

**appointed**
50:5,9

**appointment**
27:21

**approval** 4:5
35:3 51:10

**approved** 54:11
59:1

**approximately**
37:16

**area** 20:15
37:9

**areas** 14:14
20:14

**aren't** 11:8

**around** 61:15

**arrived** 37:23
65:24

**article** 4:3
13:18 14:2,20
15:3

**A's** 40:7,19,22
41:2

**ask** 7:11
8:15,20 67:22

**asked** 18:3
44:13 50:14
60:2
67:2,9,20

**asking** 47:18
61:23 68:5

**assessment**
33:8 52:4,6
54:10 57:4,22

**assessments**
34:23 57:18

**assist** 62:7

**assistance**
6:16 53:8

**assistant** 2:8

37:10 62:23

**assistants**
36:22

**associate**
21:14 22:11
49:20

**associated**
40:24

**assume** 20:1
47:18

**assumes** 42:1

**assure** 55:18

**attached**
4:11,12

**attempting**
10:10

**attorney**
2:3,7,8 70:11

**ATTORNEY'S** 2:7

**author** 54:16

**authorized**
58:10

**authorizing**
13:7

**available** 69:3

**Avenue** 2:9

**awarded** 23:15
25:22 26:7,8

**aware** 9:4
23:2,5
34:14,16,20
36:5 37:25
40:6,18
49:4,21 50:22
57:17 60:11
65:9

**away** 8:8
17:8,10 43:2
45:3

---
B
---

**back** 45:9 52:9
59:7 63:3
67:6,13 68:13

**background**
12:6 15:1
23:2

**bad** 45:12
49:12 59:19

**ballpark** 6:5,7

**based** 25:21
34:10 50:11

**Basically**
16:10

**basis** 47:25
50:21

**bears** 38:4
43:22,24

**became** 43:11

**because** 9:12
15:19 16:19
18:6 19:4
21:5 26:9
28:1,8 37:12
42:5 47:10,24
55:23 58:18
63:13 68:4,7

**become** 44:2
50:9

**becomes** 69:3

**before** 1:17
6:1 8:16 9:1
10:18 11:16
20:10,11



24:25 37:22
41:10,12
46:11 49:25
60:16 70:6

**begin** 8:16

**beginning**
64:23

**behalf** 1:7
2:2,5

**believe** 23:7
25:9,12 26:1
31:24 37:1
44:21
52:12,13 53:5
56:19 63:2

**best** 37:17

**bet** 62:24

**better** 9:23
10:4 17:13
50:4 55:19,20
66:22

**between** 57:19

**big** 40:11
41:13 54:12
55:12

**Bill** 16:8 24:3
26:25 32:17
52:18 66:10
67:24

**birth** 5:15

**bit** 42:25

**blank** 67:25

**blood** 62:18

**board** 23:9
44:14

**boards** 45:11

**bodies** 13:14

**both** 49:19

**bottom** 18:17
19:19 29:4
41:16 54:3

**boundaries**
18:25

**box** 28:13

**Brahm** 1:15 3:2
4:3,4
5:1,4,11
13:19,22,24
14:7,8
18:5,14,23
26:14 32:14
51:2 52:16
64:14,23
66:13 68:25
69:9,11

**brand-new** 37:8

**breach** 36:6
40:22

**breached** 10:5

**breaches** 51:23

**breaching** 9:25
37:24 43:12
47:8 50:20

**break** 8:22,24
9:1 24:3 56:9

**bridge** 55:3,5

**briefly** 33:25
40:1,4

**bring** 19:16
59:18

**brought** 8:8
14:5 26:12
34:15,16

**Building** 1:18

**bullying** 14:15

**bunch** 47:18

**bur** 56:9 63:11

**burs** 42:4 43:8

**business** 12:17

---

C

**call** 13:15
26:4 30:15
45:5,12 53:2

**called** 5:5
20:23 26:12

**calling** 44:11

**calls** 31:13
56:2 60:8

**came** 8:10 13:1
18:23 19:3
20:12 35:23
36:23 37:11
61:13 63:3

**can** 6:4 7:8,9
8:17,20 14:24
16:17,21
17:18 24:3,4
46:23 48:2
56:4 60:4,21
63:14 67:6
68:1,14

**can't** 19:16
40:8 48:10
56:5 66:8

**care** 8:11 14:7

**carries** 54:5

**case** 1:2
25:10,14
27:11 28:1,7

47:2 49:12
53:16 61:19
66:5 68:19

**cases** 6:10
20:5 25:12
26:1 56:10

**caught** 44:19
48:13

**cause** 28:7

**causing** 6:23

**center** 1:18
4:3 5:22,24
9:6
13:8,15,20
14:21 15:4
59:16

**central**
51:10,17 52:6
53:1,3 59:1

**CERT** 4:8 53:2
54:3 57:19
58:9,10,16,25

**certain** 10:25
22:5 65:25

**certainly** 8:22
28:6 39:6
41:9 48:1

**CERTIFICATE**
70:1

**certify**
70:5,11

**chain** 34:15
39:5 44:4
45:7

**chair** 30:14,16
49:19
50:10,13



chaired 53:5

chairs 30:18

change 14:8
  15:21
  16:3,4,20
  18:6 37:12
  55:6

changes
  20:16,18

charge 26:11
  31:3

chart 29:14,20
  31:18

charter 50:11

Chasm 5:13

Chicago 11:19

chief 4:5 12:8
  13:5 15:11
  21:8,14,20
  22:11
  25:11,13
  28:3,4,9
  30:17,18
  33:19,20 34:5
  38:11 50:14

choosing 33:13

chronic
  62:9,14

chronically
  61:15

cited 32:4

city 40:11,12

civil 1:16
  18:24 20:22

claim 25:16
  26:6,8

claiming 27:7

claims 7:6,10
  23:18,21,22
  28:2 44:16

clear 17:15
  47:1,4

Cleaver 43:14
  44:16

clinic
  20:7,17,19
  35:6,21 36:10
  39:16,19
  40:25 50:18
  51:23 62:23
  65:15,25

clinical 33:17
  47:7 53:2
  58:25

close 16:19

closed 19:14

closely 29:8
  31:8,12,16,23
  45:24 49:11

closer 17:7

closure 19:16

coaching 67:16

Coconut 2:4

Colegally 33:1

combinations
  49:13

come 12:23
  28:14,18 37:2
  39:3 45:9
  53:7

comes 13:6
  16:10 28:18
  57:8

coming 10:18
  11:15,16
  15:10 57:11

command 44:4
  45:7

commencing
  1:19

comment 29:5
  64:24 65:13

comments 29:7
  31:7

committe 31:20

committee
  23:13 25:2
  29:21,24
  30:15 35:2
  49:5,7,8,9,11
  ,14,15,16,22
  50:6,9,10,20

committees
  49:8,17,20

complaints
  34:4 45:23

completed 52:6

compliance
  34:2 36:3

complicate
  10:12

concern 24:13
  59:17 61:24
  63:7

concerned 44:2
  45:19

concerns 27:25
  33:18

condition
  62:9,10

conduct 23:20
  66:1

conducted
  39:15

conducting
  32:8

conference
  1:18 10:13
  24:4

confidence
  29:15

confidential
  24:19 26:25
  27:2 32:18
  52:18 56:21

confronting
  14:9

conjecture
  23:7 25:9
  28:5 39:2

connection
  17:6

conservatively
  36:7

considered
  53:17

construction
  10:14

CONSUELA 1:5

consult 51:18

contact 4:4
  18:11 21:24
  22:3

contacted
  50:14

context 65:10

continue 35:4


UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

48:2

**continues**
29:23

**continuing**
19:12 36:6
46:24

**contract** 6:24
55:18 61:1

**contracted**
60:21
63:15,16

**contributed**
40:5,17

**control** 10:1
32:4 34:3
35:17 36:4
37:24
40:19,21,22
43:12 47:8
49:22
50:6,19,21
51:23 53:4
54:15 59:3,10
63:20,25
64:1,2,4

**conversations**
58:19 59:2

**conveyed** 34:4

**Conway** 2:7 3:5
16:8,15,25
17:4,7,11,13,
15,24 19:8
24:3,8,11,14,
18 26:25 27:2
31:13 32:17
40:12 41:6
42:1 46:20,25
47:17 52:17
56:2,21
60:2,8 61:20

64:17,22
66:10
67:2,6,12,24
68:6,10,16,25
69:7

**coordinator**
30:23

**copies** 4:12

**cordial** 22:12

**core** 12:17

**corner** 53:10

**correct**
19:24,25 21:3
38:21 59:21
65:4 66:7,8
70:10,13

**correlation**
66:9

**could** 5:9 7:18
29:7 41:24
42:23 45:5,20
48:24
49:1,2,3 52:9
55:10,16
56:18
59:14,24,25
60:9,20 61:4
63:17 64:5

**couldn't** 15:15
16:2

**counsel** 2:1
5:17 51:19
58:25 59:4
67:19

**counseled** 34:6
35:14

**couple** 49:8

**course** 18:3

**court** 1:1
8:17,19 24:6
70:2

**CPU** 33:13

**create** 38:16

**created** 38:17

**credential**
48:15

**credentialer**
30:22

**credentialing**
30:23

**crisis** 19:4,5

**CROSS** 3:4

**crown** 55:3,5

**CSR** 1:25
70:5,20

**culture**
14:8,9,22
15:7,21
16:1,3 36:19
37:5
38:1,16,17,18
65:23

**current** 38:9

**currently** 5:19

**cutting** 16:12

———————————

———————————
D
———————————
**database** 23:17

**date** 5:15
28:24 51:20
53:24 54:19
57:6

**Dated** 70:15

**dates** 10:25

**David** 2:7
15:13 44:2,23

**day** 34:23 69:2
70:15

**days** 30:11

**DDS** 4:6

**DEA** 13:13
19:14

**deadly**
55:15,23 56:7
60:1

**dealing**
19:11,15

**December** 30:7

**decides** 23:15

**decision**
22:21,23

**decisions** 32:2

**declare** 70:13

**deemed** 29:22
54:13

**deep** 25:5

**Defendant** 1:11

**DEFENDANTS** 2:5

**defined** 68:19

**defining** 68:21

**definitely**
55:20

**definition**
66:24 67:21

**definitively**
64:5 66:8

**degenerate**
67:17



degree 11:12

delivered 8:11

delivering
  59:19

denotes 35:6

dental
  20:7,17,19
  21:9 33:2
  34:5 35:6
  36:10,22
  37:10
  39:16,19,20,2
  1 40:24
  48:17,18
  50:14,18
  51:23 63:11
  65:15,25

dentist
  9:13,15,17,21
  ,22 35:4
  40:6,19,22
  41:1,3,4 52:3
  53:15,18
  59:11 61:2,13
  63:11 64:25
  66:16 68:19

dentists 28:2

Department 2:6
  50:24

depending 25:4

depends 48:19

deponent 70:9

deposition
  1:15 5:1,25
  8:7,14 10:13
  64:23 69:10

depositions
  7:1,13,20

deputy 53:8

described 14:8

DESCRIPTION
  4:2

desk 47:7

despite 40:21

detail 9:9
  54:12

details 56:8,9

determined
  41:21 54:4

didn't 22:10
  36:19 43:2
  44:9,24 45:5
  51:12 54:8
  58:12,16
  60:21 61:9
  65:25 66:20
  67:22
  68:2,4,7,8,9,
  20

died 6:21
  27:15

difference
  55:12

differences
  20:25

different
  13:13 25:3
  49:16 55:2
  56:13

differently
  62:14

difficult
  19:17

diligence
  28:21

DIRECT 3:3 5:7

directed
  20:7,17

direction
  37:18 45:23

directly 6:22
  21:11 22:17

director 5:24
  7:23,24
  12:13,14,19,2
  1 28:10,25
  38:9,11 44:7
  49:20 59:16

director's
  13:6

disconnect-
reconnect
  16:10

discuss 41:11

discussing
  17:19

discussion
  13:21 15:23
  53:15 56:20
  57:23 64:21

disease 53:6
  64:2,5

diseases 61:15
  63:15

distress
  56:1,11

distressed
  56:6

DISTRICT 1:1
  2:8 70:2,3

dive 25:6

diversity

20:25

doctor 67:22

document 13:7
  27:2,24 32:22
  39:25 46:6
  47:20
  52:18,25
  53:21 54:3

documentation
  32:3,6

documents
  10:18

doesn't
  16:6,13 36:11
  54:25 56:9

done 7:14,15
  8:13 12:20
  13:5 29:19,20
  54:11,15,17
  57:23,24
  63:14,16
  64:13

don't 6:6 7:11
  8:16 9:20
  10:3,6,8,17
  16:9 17:2,9
  22:15 23:7,10
  24:10,12,19
  25:9 26:9
  28:21 29:11
  30:9,10 31:14
  35:10,12,14
  39:4,17,24
  42:15 43:6,7
  44:13
  48:16,21
  49:15 50:1
  54:19 60:18
  62:12,20 63:5
  65:6,8,18



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

66:4,6 67:17
68:13

**door** 10:14
37:7

**doses** 49:13

**down** 8:17
19:19 27:20
29:4 33:9
53:17 54:2

**DOWNS** 2:3

**Dr** 7:19,25
11:2,21,25
13:1 15:13
21:18,22,25
22:4,14,17
23:2 27:20,25
29:25
30:14,16,17,2
0,21
31:4,8,11,12
32:7,25
33:10,17,21
34:1,9,10
35:1,16 36:3
37:24
39:4,7,9,14,1
5,20 41:21,24
43:11 45:8,15
46:1,7,18
47:6 49:4
50:16,20
57:14 60:13
65:1,14,19,20

**draft** 32:10
51:8,9

**drafted** 53:11
54:14 58:19

**drawn** 62:18

**drilling** 15:1

**Drive** 5:13

**dropped**
23:23,24
24:16

**drops** 45:17

**duly** 5:5

**during** 14:6
18:2
33:11,14,17
47:7 48:23
65:19

_____
           E
_____

**each** 8:16
50:10

**earlier** 41:25
56:19

**early** 45:16

**easier** 41:8

**East** 1:18

**education**
11:11

**elect** 69:1,4

**elected** 67:21

**else** 24:20
42:11 51:15
58:7

**emotional**
56:1,11

**employed**
5:19,21

**employee**
12:2,4
22:21,22
37:14 70:11

**employees**
14:23 15:8

19:23
34:12,21
36:15
37:19,25
38:13 45:24
65:25 66:5

**end** 51:13

**ended** 61:3

**enough**
44:9,10,15
45:11,20,21
68:23

**ensure** 29:22

**entering** 67:16

**entitled** 13:18

**environment**
14:18

**environments**
19:21

**episode** 53:2

**equipment**
42:5,6,11

**especially**
28:3

**established**
59:10

**event** 23:6,8
38:20 57:18

**events** 8:4
23:5

**every** 29:19
53:16 64:9,11

**Everybody**
17:23

**everyone** 21:1

**everything**

8:17 11:7
45:25 54:13

**Everything's**
67:17

**evidence** 34:5
35:12,13
44:9,15
45:20,21
47:21 52:9

**exactly** 12:19
43:7

**examination**
3:1,4,6 5:7
48:2 66:11
70:8

**examined** 5:6

**EXAMNATION** 3:3

**example** 19:14

**excuse** 40:7

**executive**
23:9,13 25:1
29:24 30:15
31:20 32:1
35:2

**exhibit**
13:17,22
18:10,14
26:14,18,21
32:14 51:1,2
52:16 56:25

**exhibits**
4:1,2,11,12

**exist** 38:2

**exonerate**
61:18

**experience**
12:12



877.291.3376
www.UCRinc.com

expert 25:25
    53:6 64:1

experts 52:7
    53:5,6
    54:4,11,22
    59:2,3 62:24
    63:20,21,22,2
    4 64:2,5

explanation
    27:16
    28:11,13

exposed
    9:11,12 55:22
    56:7 60:1
    61:18

exposure 9:16
    61:8

extended
    30:3,12 32:3

extent 24:18
    25:21

extra 62:18

extremely
    55:10

———————
        F
face 53:22

facilities
    53:9

facility 12:13
    18:4 21:5
    38:2,6
    40:6,18 47:6

fact 19:5
    25:1,2 32:8
    33:5 36:18
    55:17 57:8
    61:19

factor 9:9
    25:24

factors
    40:5,17,20
    53:17 62:15

facts 42:1
    47:18 48:4
    56:12,13

factual 61:2

factually 61:4

failed 67:11

failure 33:11
    35:6,8 40:20

fair 65:11,20
    68:23

familiar
    14:1,2 18:19
    32:23 41:19
    51:6,7 52:23
    57:1,2 63:7
    64:8

familiarize
    41:18

family 59:18

far 17:10

farther 17:8

fast 14:24,25
    40:9,11

fault 23:10

fear 21:2
    36:20 37:3,12
    38:2,17
    55:11,16,21

February 30:8

Federal 1:16

feel 9:12 25:5

38:5,7,10
    45:5

feeling 21:4
    45:22

felt 23:9
    37:20 50:13

few 56:10
    64:17

field 13:12

file 25:16

filed 9:5

files 30:24

fill 48:10,12

filled 46:18
    47:13 48:7

final 22:21,22
    58:20 61:25

finally 36:23
    45:2

financially
    70:11

find 42:23
    56:18

finder 33:5

finding 25:1,2
    32:8 42:22

findings 39:21

fine 8:22 41:9
    48:1,4

finish 8:15

fired 43:10

first 5:5 7:10
    12:23 19:17
    51:22 59:13
    67:5 68:3

firsthand
    65:18 66:6

five 28:25

fix 14:5

FL 2:4

flip 33:23

focused
    29:11,12
    44:25

follow 29:17
    66:17,21
    68:21

followed 33:12
    52:3 59:11
    60:25

following
    68:19

follows 5:6
    29:16

followup 55:9

foregoing
    70:6,10,13

forget 7:18
    48:4

formal 57:22

former 38:13

formulate 58:5

forth 68:14
    70:6

forward 36:23
    37:11 39:3
    45:13

found 17:21
    34:11,21 42:4

foundation
    6:17,23 19:8



four 12:18

FPPE
29:8,9,11,12,
17,22,25
30:11 31:8,15
32:2,5

FPPEs 34:25

FRED 1:5

free 55:17,23

frequent 22:6

frightened
59:23 60:7

frightening
59:24,25

from 11:13
12:14,16
15:10 18:4
21:15 28:18
29:17 35:21
37:15 40:4,10
45:15,23
50:13,18,19
51:10 53:1,3
57:4 58:9
59:1
61:2,9,13,18
62:18,24 63:3
68:12

FUENTES 1:6

full 25:23
30:23 52:5

further 37:3
53:16 64:15
68:24 70:11

---
G
---

Gavin 53:7

Gelman

21:22,25
30:17

general 51:19
58:24 59:4

generally 50:8
66:19

genomic 55:18
60:19,23,24
61:4,7,17
62:2,6,19
63:13

get 16:17 25:5
29:12,13 39:6
43:2 44:19,23
45:2,20 50:9
51:10 64:8

gets 22:21

getting 24:18
57:13 62:17

give 6:4 53:8
61:24 62:8
64:12 68:14

given 53:19
58:10

giving 39:25
67:24

glove 33:12

gloves 33:13
43:1

go 18:16 19:9
24:22 25:6
29:21
39:10,21 40:1
42:2 47:21
48:18 58:11
61:3 62:15

goes 40:23
41:17

going 10:15
11:23 12:5
13:11,17 17:6
18:5 31:7
40:4 41:22
42:25 44:9
46:20,21,25
51:11 62:16

gone 24:15
35:17

good 9:2,3
13:10 17:11
33:7

gotcha 57:16

go-to 33:2

gotten 56:14

gown 42:21

gowns 33:15

grab 50:23
54:20

graduated
12:14

graduation
12:16

greater 23:18
26:1

grounds 46:21

group 2:3
30:19 45:13
51:9 53:1,5
62:24

Grove 2:4

guess 8:9 25:5
27:8 34:14
42:24 46:16

guidance 53:9

guidelines

49:10

gut 45:12

guy 22:25

guys 54:7

---
H
---

habits 33:11

had 5:25 7:17
12:17 13:14
15:21 19:23
21:10 26:10
27:23,24
29:25
30:8,10,11
31:15,17,19
34:1 36:2
39:3 41:23
45:12 49:25
51:10 52:4
54:7,9,10
55:3,4 56:11
60:20
63:8,10,17

Hader 1:17,25
70:5,20

hadn't 16:23

halls 19:2

hand 34:3 36:4
49:24

hands 33:11

handwashing
33:11

happen 42:23

happened 9:8
10:25 25:11
44:22 52:2

happens 16:5



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

happy 8:24

hard 19:16

harm 6:19 17:3

has 9:4 17:5
  19:1,5 24:4
  28:14 30:25
  38:14 39:13
  46:17 47:9
  50:10 52:6
  67:9,19 68:11

have 5:25
  6:2,12 7:12
  10:18
  11:4,7,15,17
  12:12,17,20
  13:3,7 17:16
  18:24 20:4
  21:8,24
  22:1,9,15,16,
  17,18 23:10
  25:17
  26:10,11
  27:24 28:1,2
  30:5,6,8,22
  31:16,17
  33:10
  34:10,15,22,2
  5
  35:1,7,10,17
  37:6,8 38:25
  39:4,7,10,12,
  20 40:2 41:24
  42:4,12,13,16
  43:10 44:9
  45:10 47:14
  48:2,9,11,12,
  13,14,17 49:8
  50:3 52:17
  53:6 54:4
  55:22
  56:6,7,11,14,

16,17 57:22
58:5 60:1
61:9,12 63:9
64:8,17,20
65:24 66:6
68:1 69:4

having 5:5
  16:8 27:23
  55:14 61:3,18

he 9:25
  10:4,5,6,10
  12:1
  21:11,13,14
  22:10,11,13,1
  5,16,18,22
  23:4,6,9
  27:7,8,9,16
  28:8
  30:2,5,8,9,10
  ,11
  31:15,16,23,2
  4 32:10
  33:2,7
  34:6,10,12
  35:10,13,19,2
  1,22,23 36:6
  43:7,8,11
  44:9
  45:2,18,19
  47:12
  48:7,10,12,14
  ,16,19,20
  49:14,15,16,2
  1,24 50:3,5
  67:22 68:20
  70:8

head 8:19

heal 4:3 13:19
  19:16

healthcare
  12:15 41:13

hear 7:8,9
  10:15 14:24
  46:14
  67:5,8,12,18,
  20
  68:10,11,12

heard 26:22
  49:25

hearing 50:1

hearings 13:12

held 19:1

he'll 44:19

helping 24:9

helps 37:6

hepatitis
  60:13

her 14:6
  37:1,11 44:18
  47:18,20,23,2
  5 48:3 61:20
  68:4

here 5:17 8:9
  10:19 14:4,17
  24:7 28:5
  35:13 38:7
  39:20 45:12
  47:24
  54:12,16,20,2
  1 61:5

herein 5:5

he's
  24:12,14,16
  27:6 31:7
  33:6,7

Hickory 5:13

high 49:13
  53:16,17,19
  54:8 56:11

58:4

higher 39:3,7

highest 11:11

highly 38:11

him
  22:9,10,18,24
  29:1 31:16
  32:11 33:1,4
  42:15,16,20,2
  1,22 43:2
  45:17 50:5
  67:6

himself 46:18
  48:7,10,13

hire 22:22,24
  23:14

hired 23:3

hiring 13:3
  22:14
  27:24,25

his 8:8 13:3,7
  27:16,24 28:8
  31:17 32:2
  33:8 34:23,25
  39:22
  41:21,22,23
  42:4,10 43:8
  45:9 47:7,9
  48:16,22
  63:11

history 19:20
  23:14

HIV 60:14

hospital 7:23
  15:15 16:2
  37:16,17
  49:10 59:3

hostile 19:20



hotspot's
  16:25
Houlihan
  7:19,25 15:13
  44:23 45:15
Houlihan's
  44:2
hour 14:6
hours 33:17
  47:7 48:24
human 22:1
hurt 10:1,6,10
hygiene 49:25

_____
        I
I'd 64:8
  67:18,20
  68:11
idea 17:17
identification
  13:22 18:14
  26:14 32:14
  51:2 52:16
identified
  20:14 40:5,17
IG 10:22 13:13
  45:24
I'll 6:7 8:24
  12:6 26:24
  33:24,25 40:1
  48:2 54:20
I'm 7:14 10:16
  11:20,22
  14:3,4 17:20
  18:20,21 19:5
  20:10 21:4
  25:5,25
  28:12,23 30:6

37:21
40:4,8,10
41:19 43:1,16
44:11
46:6,16,20,21
,25
48:3,13,21
50:22 51:7,19
53:14 55:24
57:2,13,15
61:23
62:12,17 63:6
64:8 66:23
67:1,4 68:5
immediately
  52:2,3
implemented
  20:17,23
important
  61:14
improper 35:16
  40:7,19
improvements
  14:7
inadequate
  65:15
incidences
  26:23
incident 6:21
  8:8 20:9
  31:22 38:4
  39:1 41:21
  46:11,13,14
  53:4 62:1
incidentally
  12:25
incidents
  36:16
included 40:20

including
  37:21 47:11
  53:7
INDEX 3:1 4:1
indicate 35:1
indicated 19:3
  47:24
individual
  65:3
individually
  1:6
infec 40:7
infected 55:14
  64:6,7
infection 10:1
  32:4 34:2
  35:17 36:4
  37:24
  40:19,21,22
  43:12 47:8
  49:21
  50:6,19,20
  51:22 52:12
  53:4 54:15
  59:3,10
  63:20,25
  64:1,2
infectious
  53:5 64:4
inform 59:9
information
  19:15 21:24
  28:6
  54:7,9,22
  57:8,11,21
  58:4,13
informed 58:20
inquiry 42:23

inspection
  39:20 40:2
  41:14 42:5
inspections
  13:13
  39:16,22
  40:25
  41:22,23
  42:17
instance 50:12
  57:8
instances
  26:24
Instead 39:25
instinct 45:12
institute
  12:15
instituted
  45:14
instruct 47:25
instructed
  47:23
integrity 33:6
  39:13
intent 66:15
interaction
  21:8,10
interested
  70:12
interrupted
  12:5
interview 14:6
  18:3 25:6
  26:12
interviewed
  18:9
intimidation



14:15,22 15:7
16:1 21:2
36:21 38:18

**into** 11:10
24:19 26:12
46:17 62:15

**investigated**
36:23
47:15,16 48:6

**investigating**
41:20

**investigation**
10:9 11:1
23:20,25 52:5

**investigations**
8:3 19:12,13
47:4

**investigative**
14:21 15:6
44:14

**investigator**
28:14 33:4

**investigators**
11:6

**involved** 7:2
8:6 64:3

**involving**
7:5,6 8:1,5,6

**Iron** 12:21

**issue** 25:4
28:5 34:22
36:19 37:4,5
46:4 47:5
66:5

**issued** 57:19

**issues** 6:23,25
7:15 26:10,13
32:3,4 33:2

---

35:1 40:24

**its** 53:22

**it's** 13:18
14:25
16:12,18
17:3,9
18:5,11,17
19:16
23:17,24 29:1
32:13 36:20
37:5 41:12
42:3,8,9,13
47:4,14,24
52:8 55:19,20
56:13

**I've** 7:14,15
11:17 26:9
34:20 64:15
66:10,13

---

J

**jackhammer**
10:15 16:11

**jackhammering**
16:17

**January** 14:20
15:4 30:8
35:19,23 43:9

**Jason** 24:5,6
45:3

**Jay** 8:6

**job** 25:20

**jobs** 11:15

**joined** 24:4

**Joy** 21:18

**JR** 2:3

**July** 5:16

**just**

---

8:15,23,24
13:24,25 14:3
18:17 24:18
25:7 31:22
33:2,24,25
34:16 41:17
45:21 47:12
48:6 51:4
58:8 60:16
61:5 62:8
64:12,18
66:18 67:15
68:12

**JUSTICE** 2:6

---

K

**keep** 17:6
33:13 54:21
58:12,16

**keeps** 30:24

**kept** 11:4
57:11

**key** 25:24
54:16,22
61:5,11

**kill** 44:10

**killers** 46:9

**kind** 16:4,12
20:1 23:16
24:1 25:2
28:9 44:22
45:22 68:13

**kinds** 30:24

**knew** 9:23 10:4
36:18 39:9
43:4 54:23
56:8 59:19,23
66:16,21
68:20

---

**know** 6:18 7:15
8:11,21,23
9:8,9 10:17
11:23 13:4
14:1,16 16:9
17:2,9,18,20
18:18 19:11
22:10,13,15
23:4,10,23
24:10 25:8,11
26:5 28:21
29:11,25
30:9,10,11,13
,20
31:14,15,22
34:20
35:10,12,14,1
6 37:9,13,16
39:4,14,15,17
,19,22,24
42:15 43:6,7
45:18,19,25
46:1,21
47:12,15
48:6,16,21
49:15,18
50:3,5,18
51:5 52:8,22
54:19
56:9,13,25
60:16,18
61:6,11
62:12,13,20,2
1,25 63:5,12
65:18 66:4,15

**knowing** 31:22
52:2 56:12

**knowledge** 7:3
10:11 55:8
66:6

**known** 34:2

---

36:3 50:3
54:23 60:13
**knows** 19:6

———————
L
———————
**lab** 62:25
**labs** 55:9
**lack** 34:2 36:3
42:10
**large** 45:9
**last** 16:24
19:3 59:14
**latent** 62:14
**later** 44:19
48:3
**latter** 10:4
**launch** 45:11
**launched** 44:25
**Laura** 62:22,24
**LAW** 2:3
**laws** 70:13
**lawsuit** 9:4
**lawyer** 51:18
**lawyers** 59:5
**lay** 56:12
**lead** 43:25
53:15
**leader** 12:18
22:9
**leaders** 12:18
**leadership**
12:15 14:15
37:7,8
38:5,13,14
40:6,18

**learn** 51:22
59:25
**learning** 56:6
**least** 37:2
39:18
**left** 19:5
53:10
**legal** 65:10
**legally** 65:3
**less** 26:7
37:13
**lets** 50:3
**let's** 6:12
22:24,25
33:23 35:22
50:25 68:12
**letter** 4:7
32:15 50:24
51:5,7,8,10,2
0 52:1 53:24
54:23,25
55:6,13 57:25
58:20,24
59:7,9 60:11
**letters** 55:2
58:11
**level** 11:11
23:16 31:15
39:6 45:10
**levels** 48:11
**liability** 61:8
**license** 46:8
47:9
**light** 20:12
48:4 57:8,11
**limelight**
45:18

**limit** 61:7
**line** 24:20
**lines** 10:24
11:3 64:24
65:16
**listen** 12:6
**listening**
20:24 24:13
**litigation** 8:5
**lived** 12:2
**local** 54:10
**long** 14:6 18:6
19:24 35:16
43:4,6,7
63:17
**longer** 38:7
**look** 13:16,24
18:4 23:21
24:25
25:7,10,11
26:3,10,15,20
29:4 39:3,7
42:6 45:8
52:7 56:24
57:13 59:7
64:13,18
**looked** 11:10
26:12 28:1
31:24 46:17
**looking** 14:3
18:21,22
27:19 29:14
39:18 42:14
43:16 46:6
53:14
**looks** 24:14
27:6,11
28:4,6,8,17,1

8 49:12 52:17
53:4,11
**Lori** 43:14
44:16
**lose** 25:16
**lost** 7:8 47:9
**lot** 7:14,15
20:22 21:5
39:13 49:1,3
62:15
**lots** 20:19
57:22
**loud** 8:18
17:15
**loved** 60:6
**low** 9:16
52:8,10,11,12
54:5,10,13,24
,25
55:4,5,7,13,1
4 56:11 57:25
58:3,6,15,20,
21

———————
M
———————
**made** 26:11
32:2 55:12
64:24 65:13
70:8
**Madison** 2:9
21:16
**majority** 34:1
36:2,5
**make** 16:20
22:21 52:7
60:25
**maker** 22:23
**making** 66:23



malicious 10:3

management
12:8

mandatorily
26:2

many 6:3,4
28:1 32:1
48:11 52:2
54:21 60:18

Marcantonio
22:4 27:20
31:11 33:21
34:9 35:1
39:4,5 50:16
65:14,19

Mareno 24:5,6

mark 13:17
18:10 24:23
26:17 50:25
52:15

marked 13:22
18:14
26:14,21
32:14 41:12
51:2 52:16
56:24

Martin
62:22,25

Mary 1:17,25
2:4 13:18
17:18 18:11
24:22 26:17
32:13 41:12
50:23 52:15
56:18 70:5,20

massive 20:20

Master's 11:12

matter 53:18

54:4 62:5

may 22:1 23:10
26:10
42:11,13
45:19 53:18
55:22 56:7
57:21
59:18,25
64:20 65:24

maybe 6:6
47:14
58:13,16,18
65:14

me 6:24 7:8,11
8:9,23,25
12:6 14:1,24
16:3,4
17:14,18
18:18 21:3
22:12 29:2
32:22 34:14
35:5,9 39:21
40:7
46:12,14,24
50:3 51:5
52:22 56:25
57:13 58:10
59:15,16
64:5,12,13
68:14
70:6,7,9

mean 7:4
9:11,24 19:7
24:12 25:4,15
37:15 58:9
62:15

meaning 65:7,9

means 12:18
29:13
66:14,18,20

meant 19:10
66:15

mechanisms
44:25

media 47:5

medical 1:18
4:3 5:22,24
9:6
13:8,15,20
23:8,13
25:1,12,13
29:24 30:15
31:18,20 35:2
59:16

medication 8:2
48:25

medications
47:11 48:18

medicine 22:11
30:25 31:4
46:10
47:11,12

meetings 22:5
54:21

Melissa
54:16,17 57:4
63:5,22,24

member 50:9,15

members 50:12

memory
10:22,25

mentioned 34:1
36:3 65:22

mentioning
7:25

met 39:21

Miami 24:7

MIAMI-DADE 2:3

Michigan 12:22

middle 18:22
37:18 53:14

might 6:18
22:8 64:17

military 23:4

Milwaukee
12:1,3,10

mind 17:20
54:21 62:8

mine 17:9

minute
64:12,18
67:15,16

minutes
58:13,17

mischaracteriz
es 61:20

moment 13:25
18:18 32:22
51:4 52:22

money 25:22

monitor 29:8
31:8

monitored
29:14,23
31:11,16,23,2
4 34:6 35:14

monitoring
34:9

monitors 30:24

month 12:25
30:7 51:25

Monthly 22:7,8

months 29:19



30:6 35:25
36:7

**Moore** 54:16
57:4
63:6,22,24

**Moore's** 54:17

**more** 7:22 12:6
28:6 35:7
36:7 47:1
51:25 54:22
56:8 57:8,10
58:13,18
64:20

**Mountain** 12:22

**move** 6:24
45:7,13 68:3

**moving** 6:17,19

**MSEC** 30:14,15
31:25

**much** 15:10
17:13 55:11
57:21

**multi** 62:16

**multiple** 6:23
8:3 13:13
18:25 19:20
45:1,23
47:4,11

**Murawsky** 45:8

**MURPHY** 1:5

**my** 7:3 8:15,18
10:11,22,24,2
5 20:14 31:15
39:6 42:13
45:7,12 48:2
55:8,21 58:8
61:24 62:1,17
63:7 64:13,18

66:15
68:16,18
70:10

**myself** 37:7
51:12

---
### N
---

**N69** 5:13

**nagging** 42:25

**name** 3:2 5:9

**named** 24:4
28:8

**narcotics**
45:16 48:9

**necessarily**
14:17

**necessary** 17:1

**necessity** 14:9

**need** 8:22
33:24 41:18
64:18

**needed** 50:13
69:3

**needs** 57:7

**negligence**
6:11 7:2,3
65:10 67:21
68:18,22

**negligent**
9:13,15,17,18
64:25 65:6
66:14,18,20,2
4 67:22

**network** 44:7

**never** 17:20
19:5

**new** 19:1 23:14

29:13 45:14
60:22 62:9,13

**newer** 54:9

**news** 59:19

**next** 10:14
18:10 33:23
50:25

**nice** 67:18

**nine** 35:25
36:7

**no** 1:2
7:3,7,10 9:20
10:11 11:24
13:4 17:16
21:12,20
22:25 32:4
33:24
34:14,18 38:7
39:11 42:19
46:2,5 50:7
55:4,16,24
57:9,10
60:15,21,24
62:4,8 63:10
64:15 65:5,8
67:8 68:8,24

**nodding** 8:19

**nor** 70:11

**normal** 20:13

**not** 7:3,23
8:11,12,20
9:9 10:11,16
12:14,19
14:16,17 16:4
17:9 18:5
19:14 20:13
22:6 23:9,23
24:14 25:25
26:13 27:13

28:12,23 30:6
31:25
33:12,14
34:13,14,15,2
1 35:1,4
37:19 38:10
39:6 40:6,18
41:23 42:16
43:1,7 44:15
45:9 46:21
47:23,24,25
48:3,7,19,21
50:22 53:18
54:12 55:18
56:12,17
57:21 58:18
59:10
61:1,11,12,13
,14 62:12
63:6 64:8
65:3,9
66:17,23 67:4
68:19 70:11

**Notary** 1:17

**note** 57:7
61:14

**noted** 47:4
48:11 67:10

**notes** 10:24
11:3,4,8
64:13,19
70:10

**nothing** 44:24
55:19,20

**notification**
40:24 59:18

**November** 4:7
30:7 51:21
52:13 53:12
54:7 57:19



**now** 18:4 31:23 33:20 46:1 47:9,23 53:10,24 54:2 56:12 65:3,18 67:16

**number** 33:9 45:10 53:16

**nurse** 12:11 48:23 56:8 63:25

**nursing** 12:8

_____
O
_____

**oath** 70:7

**object** 46:20,23 48:1

**objected** 67:19

**objecting** 47:1

**objection** 19:8 31:13 42:1 47:17 56:2 60:2,8 61:20 67:2,9 68:16

**objections** 70:8

**objective** 62:1

**obligation** 30:25 38:16

**O'Brien** 4:6 11:2,21,25 32:7,25 34:11 39:15,20 41:21 57:14

**O'Brien's** 39:14

**observation** 31:18

**occur** 38:10 54:21

**occurred** 39:4 61:25

**occurring** 34:24 45:25

**Oct** 35:22

**October** 12:24 19:4 30:7 35:21,22,24 51:24 54:18 70:15

**off** 6:17,19,24 13:4,21 15:23 24:16 56:20 64:21

**offered** 55:8,17,23

**offhand** 48:16 54:19

**office** 2:3,7 11:19 13:6 14:7 19:6 51:10,17 52:6 53:1,3 58:24 59:1,4

**officer** 12:8,9 25:12,13 51:16

**official** 22:18,19

**often** 28:2 39:17 42:15

**OGC** 58:9,22,23

**oh** 6:4 27:4 29:11 34:19 57:13,14,16

**OIG** 18:9 40:2

41:20

**okay** 6:8,15 7:4,11 8:14 9:10,14 13:8 14:13 16:15 17:4,7,11 18:2,8,16,20, 21 24:8,11,17,21 26:15,22,23 27:4,12,14,19 29:4 30:3,5 31:3,5 32:13,16,19,2 4 36:2,12 38:23 39:12 40:4,10 41:5,19 42:10 44:22 46:17,23 47:22 52:21,24 53:14,24 54:2 57:2,3,6,14,1 7 60:6 64:10,12 65:13 66:13,18 68:3,25

**old** 57:13

**on** 1:7,19 2:2,5 7:12,15 9:21 10:5,16,25 15:14 16:19 17:22 18:24 21:5 22:25 23:22 24:20 25:12,18,19,2 2 26:2 30:24 31:25 32:5 33:9,13 34:10

35:18 40:23 41:13,16 42:21,25 43:1 46:20,22 48:3,19 49:4,14,15,16 ,21 50:5,11,21,25 51:10,15,20 53:10,22 54:2,7,17 57:6,15 58:2,3,12 62:16 63:6 69:1,5

**once** 39:21 43:11 69:2

**one** 6:14,25 7:10,17 12:18 14:16 20:13,20 23:6,8 26:17,22 27:6,10,11 28:8 30:8 36:22 37:10 41:12 48:12 49:8 52:11 53:7 55:2,4,6,7 56:19 57:7 59:8 60:21 62:22 63:16,22,24 64:1,12 67:5

**ones** 7:16 60:7

**ongoing** 29:18 50:21 59:2

**online** 25:7

**only** 8:21 27:11 50:3



55:6

**open** 37:6,8

**opinion** 22:9
58:5,8

**opioid** 7:19
13:11 46:3
47:5 48:12
49:11,16

**opioids** 8:2
49:12

**OPPE**
29:8,9,18,23
30:5,11,20
31:8

**OPPEs** 31:2

**opposed** 8:19
38:18

**order** 32:2
48:20

**orient** 13:25
18:18 32:22
51:4 52:22

**original** 4:11

**other**
7:1,13,20
8:17 13:4
26:4 28:8
40:24 44:25
58:4 61:10
62:16

**others** 20:19

**our** 10:5 30:22
33:2 37:14
45:21 48:9,12
49:19 51:16
53:5 54:15
66:16

**ourselves** 37:9

**ousted** 44:23

**out** 8:18 15:8
16:12 22:2
25:6,17 34:21
37:16
42:22,23
47:18 51:11
52:1 53:25
58:11 59:8
60:11 62:17

**over** 7:16
8:1,16
11:5,8,17
13:9 19:24
25:12,15,17
29:15 33:23
39:21 41:17
47:8 59:13

**overnight** 16:5

**overprescripti
on** 8:2 46:3

**overseeing**
49:24

**oversight**
29:18 48:9,11
49:9

**owned** 42:4,6

_____

P

**p.m** 1:19

**page** 3:2 4:2
18:16,22
19:19 32:21
33:23,24
41:16,17
52:21 56:25
57:15 59:13

**pain** 8:2 46:9

47:11 48:25
49:5,7,9,10,1
5 50:6

**Palo** 62:24
63:1,4,21

**paragraph**
59:14

**paraphrasing**
14:4

**Pardon** 63:23

**part** 31:25
34:25 35:2,3
42:5 51:12
61:7,17

**particular**
66:4

**parties** 70:11

**pass** 22:25

**passed** 45:3

**passing** 8:8

**patient** 27:15
61:1

**patients** 33:15
53:16 55:3,4
60:12 61:3

**pay** 25:17

**peace** 62:8

**peek** 41:10

**peer** 29:20,21
31:19 44:25
45:8,9

**peers** 29:20

**penalty** 70:13

**pending** 8:25

**people** 39:3
54:15 55:25

56:5,12 61:15
63:7

**perfect** 18:5

**perhaps** 39:3

**period** 37:22
43:4 69:2

**perjury** 70:13

**permission**
48:14

**permitting**
38:1

**person** 8:12
22:16,20
62:16 64:11

**personal**
11:4,8 42:10

**personally**
42:4,6

**pervasive**
14:22 15:7,25
21:3,4

**phone** 16:18

**phones** 16:19

**physician**
62:12,23

**physicians**
23:23 64:2

**Pica** 21:18
30:14,16,20
31:4 39:7,9

**place** 14:5
19:4 27:7
37:8,17 38:2
41:22 70:6

**Plaintiffs** 1:8
2:2



played 22:13

please 5:9,15
  8:15,18 26:21
  42:25 43:1
  51:1 52:21,23
  56:25 67:7

pockets 14:11

point 32:7
  42:14 44:1,8
  58:19 67:25

pointed 14:7

policies 10:5
  45:14 49:10
  66:16 68:20

policy 37:7
  68:21

poor 33:10

position 5:23

positions
  12:10

positive 28:23
  60:13 64:6

positives
  63:8,9,10

possession
  46:9

possible
  42:3,8,9
  55:11

potential 9:12
  26:7

PPE 33:14

practice
  29:16,22
  45:19 61:13
  63:11

practices

35:17
40:20,23
59:10

precautions
  34:3 36:5

preexisting
  60:18,19,20

prescription
  8:1

prescriptions
  46:18 47:13
  48:7,15

present 55:24
  68:20

press 44:11
  45:6

pretty 47:3

prevent 45:15

prevented
  38:25 39:12

previous 14:15
  15:10 67:12

prior 8:9
  11:18,20
  12:9,12 23:3
  27:24

privilege
  48:21

privileges
  23:15,16
  48:16,17,22

privileging
  30:23

probably 10:14
  29:1 36:7
  56:11 67:3

problem 16:9

35:10

problematic
  11:23

procedure 1:16
  33:14 54:4

procedures
  33:12 48:19
  53:17 66:21

proceedings
  70:6

process 35:3

Professional
  1:17 70:5

program 20:23

proper 33:14
  47:24

property
  6:17,19,25

propounded
  70:8

protective
  42:11

protocol 33:12
  34:4 36:6
  52:3

protocols 49:9

provide 68:13

provided 28:15
  65:14,19

provider 23:15
  25:4 26:10
  29:18

providers
  29:12,13

provides 28:11

providing

19:15

psych 18:24

psychological
  14:18 20:21
  21:6 37:6

public 1:17
  15:20
  51:11,16

pull 15:19

pulled 53:3

punished 43:17

purpose 10:16

purposeful
  9:22,24,25

purposefully
  9:25 10:4

purposely 10:1
  66:16

push 14:7

put 16:21
  42:21 43:1
  45:17 70:7

putting 47:17

_____
Q

quadrad
  12:18,20

quality 12:8
  37:17

question
  8:15,21,25
  9:1 15:18
  47:19 48:21
  56:4 66:13
  67:25

questions
  8:7,10,18

UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

64:15,17,20
68:24 70:7

**quick** 24:3

**quickly** 7:11
64:19

**quite** 42:25
44:13

---
R
---

**radiologists**
28:2

**raise** 34:21
44:4

**raised** 34:23

**ran** 62:23

**rapid** 16:6,12

**read** 10:22,24
29:7 33:25
34:18 39:25
40:4 52:24
59:14 67:6

**reading** 40:9

**Ready** 40:13

**real** 16:12

**really** 33:24
40:11 44:9

**realm** 67:16

**reason** 61:17

**reasons** 14:16
37:10 63:16

**rebuild** 13:14

**recall** 65:1,16

**receiving**
55:13

**recommendation**

**s** 58:9,10

**recommended**
27:20 50:12

**record** 5:10
8:20 13:21
15:23 17:23
27:3 56:20
64:21
67:10,19
69:1,5

**recorded** 70:8

**REDIRECT** 3:6

**reduced** 57:18

**reference**
19:20

**references**
26:4,13

**referencing**
15:9 37:22

**referred** 41:4
56:19

**referring**
64:25

**refills** 45:16

**reflect** 53:21

**refresh**
10:22,25

**regarding** 8:10

**region** 12:19
33:3

**regional** 11:19

**Registered**
1:17 70:5

**related** 7:21
10:24 32:3

**relation** 6:20

43:19

**relative** 7:13
70:11

**released** 29:17

**relevance**
46:20

**remedy** 8:13

**remember** 7:14
30:10 44:13
50:1 66:2

**remind**
42:20,21

**reminded**
42:15,21

**removed** 23:11
35:21,23 37:7
45:2 52:4

**removing**
20:5,6,8

**report** 4:4,6,8
10:23 14:20
15:4 18:11
21:11,13,19,2
0 22:21 31:17
32:10 34:18
36:16 38:20
40:2,22 41:4
43:2,24
54:17,19
57:3,20 65:25

**reported** 1:24
21:14 22:17
25:18 26:2
31:20
33:10,18 39:5

**reporter** 1:17
8:17,20 14:25
15:3 16:18,23
17:2,5,9

18:12 24:7
26:18 32:15
40:8,14
41:1,5 70:1,5

**reporting**
14:21 15:6
20:21 35:3

**reports** 33:16

**representative**
50:13

**represented**
5:17

**reprisal** 36:20
37:3

**requested**
70:10

**require** 45:17

**required** 25:19
26:2 39:17

**reread** 11:1

**research** 23:22
28:22

**residency**
28:9,25

**resident**
28:3,9

**residents**
28:25

**resource** 22:1

**respect** 18:24
20:22

**respected**
22:10

**respectful**
22:12

**response**



6:20,22 32:10
53:2

**responsibility**
38:4 43:22,24

**responsible**
27:16

**result** 63:10

**results** 37:15
63:1,3

**retaliation**
14:22 15:8
16:1

**retired** 21:23

**retrained** 20:4

**retraining**
20:5,6,8

**revealed** 14:21
15:6,7

**review** 10:21
23:17
25:21,23
29:12,14,20,2
1 30:1,5
31:17 69:2,4
70:9

**reviewed** 10:18
23:9,12
51:17,19
53:15

**reviews** 23:14
25:14 29:21
31:19 44:25
45:9

**revise** 69:3

**rewarded** 37:11

**RICHARD** 1:5

**Rieder** 2:3

3:3,6 5:8
13:16,23
15:2,5,24
16:14
17:12,14,16
18:1,8,13,15
19:18
24:6,9,12,16,
21,24
26:15,19
27:1,4,5
31:21
32:13,16,19,2
0
40:10,13,15,1
6 41:3,9,15
42:7 46:23
47:3,22 48:5
50:23 51:3
52:15,20
56:3,18,22,23
60:3,10 61:22
64:12,20
66:12
67:4,8,15
68:2,8,11,17,
23 69:8

**right** 8:14 9:4
10:12 11:3,15
13:1,2,16
14:3,4
15:2,10,25
16:14,15
17:14,16
18:21
19:19,21
24:21,22
28:20 30:22
33:9,21,22
35:8,13
37:18,21
38:8,10,15
40:15 43:3

44:16
50:17,23 51:4
52:25 53:12
54:5,6 59:5,7
61:5,24 62:6
64:14 66:21
68:23 69:8

**risk** 9:16
52:4,5,6,8,10
,11,12
53:16,18,19
54:5,8,10,13
55:4,5,14
56:10
57:4,17,22,23
,24,25
58:1,3,4,6,15
,21

**RISTOW** 1:6

**RIVERS** 1:5

**ROBERT** 1:5

**ROGER** 1:6

**role** 12:21
13:3 22:13
27:9 28:3,4

**room** 1:18
10:14

**roughly** 35:23
36:1

**rounds** 22:6

**RPR** 1:25 70:20

**ruled** 48:3

**rules** 1:16
68:13,25

---

S

---

**safe** 29:16
37:20

**safety** 14:18
20:21 21:6
37:6 40:21
49:11

**said** 11:24
18:5 33:9
35:19 44:19
55:7,13 58:22
68:9

**salary** 13:5,7

**SALVADOR** 1:6

**same** 7:16
12:25 16:8
55:9 67:25

**Sara** 44:18,19

**say** 8:18
9:17,24 15:14
22:24 25:19
26:6,24 36:7
38:19 39:2
44:8,9,11,12,
21 52:8 54:25
55:21
60:20,21
61:1,4
65:11,20
66:8,15
67:9,22
68:8,12

**saying** 31:7
41:1 44:13
52:9,10 58:16
65:1,16

**says** 14:4,8,20
15:3 18:23
24:10
27:12,13
28:23 34:1
35:12,13 36:2
40:5 41:13



877.291.3376
www.UCRinc.com

50:24 52:11
53:15,17 54:3
59:9
**scandal**
  7:19,25 13:12
  14:6 15:19
**scandal-**
  **plagued** 4:3
  13:19
**scared** 15:17
**Schiller** 13:1
  22:14,17
  27:25 29:25
  30:21 31:8,12
  33:10,17
  34:10 37:24
  43:11 46:1,18
  47:6 49:4
  50:20 60:13
  65:1
**Schiller's**
  23:2 27:20
  34:2 35:16
  36:3 41:24
  46:8 65:20
**scope** 62:17
**scrutiny** 26:7
**seal** 41:13
**second** 37:10
  59:8,13 67:5
**secretary's**
  53:8
**section** 29:5
**see** 6:12 7:14
  16:16 23:22
  24:4 27:10,17
  29:5 35:22
  38:19 41:6

53:10,11,19
56:8
**seeing** 33:15
**seem** 31:23
  34:8
**seemed** 22:11
  32:2
**seen** 26:9
  27:23 40:2
  42:12,16
**selecting**
  22:15,16,18,1
  9
**send** 51:11,25
**senior** 38:5
**sense** 66:23
**sent** 53:25
  60:11 63:1
**sentence**
  59:9,14
**September** 1:19
  5:2
**series** 8:4
**service** 4:5
  21:16 30:25
  31:4 33:18,20
  48:18
**services** 21:9
  34:5
**session** 32:1
**set** 13:5 20:1
  70:6
**settled** 27:9
  28:7
**seven** 33:9
  41:17

**several** 7:20
**shaking** 8:19
**she** 18:23,25
  21:19,20,22
  37:2
  39:9,12,13
  43:16,17,20,2
  1,22,24,25
  44:16,18,21
  62:22 63:25
  67:8
  68:1,11,14
**Sheila** 21:22
  30:17
**she's** 22:1
  31:5 49:20
  63:25 67:24
**shifting** 37:18
**shorthand**
  70:10
**shortly** 19:10
**should** 11:7
  16:16 30:8
  34:10,15,22,2
  5 35:4,7 38:6
  43:10 47:14
  50:3
**shoulder** 29:15
**show** 25:18
  47:20 52:5
  61:8
**showed** 37:15
**signature**
  51:13
**signed** 13:7
**signing** 13:4
**Simcakoski** 8:6

  45:3
**similar** 12:2
**similarly** 1:7
**since** 18:23
  34:20 43:8
  67:21
**sincerely**
  59:17
**sit** 31:25
  44:24
**situated** 1:7
**situation**
  36:21,24
**six** 9:5 29:19
  30:6,7 41:16
**sleeping** 33:17
  47:7 48:23
**SMITH-WILLIAMS**
  1:5
**some** 7:16
  8:7,10 9:16
  10:24 14:14
  15:18
  19:13,16
  20:3,5 21:10
  25:21 26:11
  27:8 28:9,14
  29:14 32:7
  34:5 38:4
  39:21 42:22
  43:22 44:1,8
  55:24 56:5
  60:12,18,19
  61:2,10
**somebody**
  24:4,19 55:13
  58:2,3
**someone** 27:9



29:14 44:10
50:8

someone's
55:21 63:17

something 11:5
28:14 38:19
42:11 44:10
47:14 52:9
60:20,22
61:12
62:13,14
65:1,16,23
66:21

sometimes
16:18,20
23:23

somewhat 65:23

sooner 40:6,18
44:19 66:1

sorry 10:16
11:20,22
40:8,10 67:1

sorts 53:6

sound 9:1
16:11 36:11
53:12

sounded 65:14

sounds 9:3
17:11 21:2
29:1

source 61:10
62:5

speak 56:5

speaking 66:19

specific 20:16

specifically
65:19

speculate 8:20

speculation
31:13 56:2
60:8

spend 7:12

spent 21:5

spoke 15:8

spouses 60:6

stable 29:22

Stacy 49:19

staff 12:11
13:5 15:11,17
19:1 21:14,20
22:11 23:8,13
25:1 29:24
30:15,17,18
31:20 34:1,4
35:2 36:2,5
38:11 40:21
42:15,16 43:1

stage 62:13,15

stand 29:9
58:23 68:15

standard 10:1

standards
37:25 43:12
47:8 50:21

stands 68:16

start 46:25

started 12:10

starts 41:16

state 1:17 5:9
22:2

stated 18:2,23

statement
14:10

statements
34:12 70:8

states 1:1,10
2:7,8 53:22
70:2

stating 29:1
54:8,9

stationed 12:1

status 53:18

stenographical
ly 70:8

sterilization
57:10

still 19:14,15
21:24 31:5
43:14 46:4

stop 6:24
16:17

story 56:13

Street 1:18
2:4

strenuously
47:1

stress 9:9

strict 48:9,17

strictly 26:5

strike 7:5
39:14 68:3

striking 68:6

strong
44:10,15
45:10,21

structure 19:1

subject 46:24
54:3

submitted 11:9

suburb 12:3

sued 27:7

sufficient
48:14

suggest 34:6
35:13

SUHR 1:6

Suite 2:4,9

supervising
34:9

supervision
35:6,8 36:9
65:15,19

supervisor
44:18

supervisory
27:8

suppose 7:21
22:1 25:3

supposed 24:9
39:18 49:24

sure 16:22
19:6 26:11
28:12 30:6
43:1 46:21
48:13 51:19
52:7 55:24
60:21,25
67:4,14

surprise
46:7,12

surprised
46:16

surrounding
8:4



survey 37:14

survive 15:15
  16:2

suspended 46:8
  47:10

Sussex 5:13

sworn 5:6

symptom 48:24

---
T
---

table 63:6

take 6:7
  8:17,24 9:1
  13:16,24,25
  18:17 24:3
  26:15,20
  32:21 38:2,6
  41:10,17,22
  51:4,25 52:21

taken 1:16
  5:25 70:6,10

takes 18:6

Taking 59:7

talk 8:16 24:1
  25:10 40:11
  64:4,7

talked 15:25

talking 8:12
  14:24 17:22
  20:10 42:17
  57:3

task 32:7

tasking 32:11

team 53:3
  58:25

technically

33:7 45:8

tell 12:5 16:3
  44:6 63:14,17
  64:5

telling 48:3
  58:2,4

ten 6:6,8
  12:7,20 57:15

tenure 20:14
  65:20

term 65:6

terminated
  69:11

terminating
  1:19

terms 55:14

tested 56:14

testified 5:6

testimony 7:15
  61:21 69:9
  70:7

testing
  55:17,18,23
  60:17,19,23,2
  4 61:4,7,18
  62:3,6,19
  63:13,14

than 13:4
  23:18 26:1,8
  37:13 39:3
  51:25
  55:19,20
  58:13,19
  62:14 66:22

Thank 64:14,16
  69:8

that

6:16,18,20,22
,23,25
7:1,5,20,21
8:1,4,6,10,13
,18
9:1,4,11,14,2
5 10:4,9,16
11:1,4,5,9,20
,24 12:2,9,25
13:1,2,4,6
14:5,8,10,16
15:9,10,12,16
16:1,2,3,4,5,
8,19,20,23
18:2,6,10,18
19:3,7,10,12,
15,17,21,23,2
4
20:1,6,11,12,
13,16,18,21
21:6,17,21,22
22:20,22
23:8,9,14,16,
18
24:10,13,25
25:11,18,19,2
2
26:1,5,7,10,1
1,13
27:1,6,10,12,
15,17,20
28:11,12,14,1
5
29:1,5,13,15,
21,22
30:16,18
31:3,9,11,15,
16,17,19,23
32:1,5,11
33:2,21,22
34:8,13
35:5,12,13,15
36:15,18,22

37:1,2,4,8,11
,12,23
38:5,6,9,10,1
6,22,25
39:2,14,17,19
40:2,5,12,17
41:6,8,21,23
42:3,11,14
43:11
44:8,12,13,14
,16,20,21,22
45:1,12,19,22
,25 46:3,7
47:5,14,16
48:10,13,20,2
3
49:4,12,14,16
,18,21,24,25
50:2,8,20,22,
24,25 51:13
52:7,9,13
53:3,6,12,19,
21,25
54:3,4,5,8,10
,11,12,14,15,
21
55:2,3,4,6,10
,12,17,18,21,
22 56:7,9,19
57:7,9,18,25
58:5,6,13,15,
19,20
59:5,8,9,11,1
4,17,25
60:12,16,20,2
1,25
61:1,4,8,11,1
4,15,17,19
62:1,2,15,21,
23
63:3,7,10,12,
14,19
64:2,5,8



65:1,7,11,20,
22,24
66:2,6,7,16,2
1 67:4,22,25
68:18,20,21
70:6,7,9,10,1
1,13

**that's** 8:22
12:25 14:16
16:4,19 24:9
28:13 29:23
31:18 37:4,9
41:9 42:5
47:22,23 48:1
58:14 59:4
60:19,23
63:16 66:10
69:7

**their** 20:2
29:15
58:12,17 60:6
62:7

**them**
6:12,17,19,24
7:16 16:21
20:4 26:10
29:16 45:25
53:2 55:14
59:2 61:6
62:3,8 66:17

**themselves**
28:16,19

**then** 12:9
23:21,24
25:17 26:3
27:12 29:17
30:17 33:23
34:13 38:4
40:23 50:4
54:22 64:20

**there**

6:10,13,18,23
7:16,17
8:3,12
9:15,17 10:13
12:10,16
13:12,14
14:11,14,17,1
8 15:14,18
17:5,12,23
18:20,25
19:23
20:8,13,16,18
23:6,8,13
28:4 29:15
30:20 32:4
33:15 34:22
35:7,12
36:9,12,17
38:7 39:19
42:24 45:1,23
47:5,18 50:13
55:2 57:9,21
58:7,13,14,18
59:1 60:17,18
61:14 64:1,24
65:22,23 66:8

**thereafter**
70:9

**therein** 70:6

**there's** 8:24
11:24 26:23
27:6,11 29:4
33:24 34:5
47:1,24 54:2
58:3,4 62:15
67:3

**THEREUPON** 5:3

**these** 11:8
25:21 33:18
34:4,12,13
36:15

37:19,24,25
40:20 43:12
48:4 61:25
64:6

**they** 7:5,6
9:8,11,12
11:9 13:5,11
18:24 20:1
23:17,20,21,2
2 24:1,2
25:2,6,7,10,2
1,23
26:3,4,5,11
28:21 36:18
37:1 38:6,17
39:19
42:3,11,13,15
,18 43:2,4
49:10 50:12
53:4,6,8
55:5,8,18,22,
23 58:12
60:9,17
61:9,12 62:4
63:14 64:6

**they'd** 59:23

**they'll** 23:15

**they're** 14:16
28:3
29:13,17,20
41:3 47:19
50:11

**they've** 19:1
64:11

**thing** 20:20
21:3 23:16
61:6

**things** 8:13
11:9 23:19,24
24:2,19 30:25

45:16 49:1,3
52:2 62:16
63:15

**think** 6:12,16
9:18,21,22
10:3,6,8
15:14 16:25
17:2 20:18
23:6,10
24:12,16
25:23 26:9
31:11 33:4,6
36:9,12,15,17
,20,25
37:1,4,5,13,1
7
38:1,3,14,25
39:9,13 41:23
43:10,22 46:3
47:3 48:23
50:1 53:7
55:12,16 57:7
58:12,14 60:6
61:11,14
64:13,24,25
65:13,22
66:14,18 67:3

**thinking** 66:5

**this** 7:10,12
8:14
10:6,12,15
11:18,23
13:11 14:25
15:19 16:17
18:3 20:8
21:2 22:25
24:4 25:1
26:17,18,22,2
5 27:2,23
28:6,17,22
29:13 31:22
32:15,17



34:14,16,17,2
1,22,24,25
35:3,5 36:23
37:10
38:4,12,25
39:9 40:1
41:20
42:14,22,23,2
5 43:8,19,23
46:11,13,22
47:2
52:3,7,11,25
53:1,2,11
54:3
57:3,5,6,14,1
9
58:8,9,15,25
59:1,7,9,17
60:11
61:2,12,13,25
62:1,8,9,16
64:3
66:1,5,16
67:17,19
68:13,19
70:15

**those** 6:10 7:2
8:10 11:3
12:20 14:18
15:15 16:1
23:19,22 26:3
29:7,9,19
30:24 47:13
49:19
63:5,6,22,24
65:16

**though** 24:25
32:1 42:13
54:25 64:18

**thought** 15:15
16:2,23 43:25
44:18

**three** 18:17
32:21 52:21

**threes** 45:10

**through**
13:6,11 14:3
15:19
29:21,23
33:25 37:9,23
40:1 54:12
58:22,24
60:25 61:3

**throughout**
21:4

**tie** 47:2,3

**time** 7:12,23
8:11,22 10:24
11:3,9 16:24
18:6 19:24
21:5,22 30:23
34:23
37:21,22,23
41:17 43:5
54:23 63:15
66:6 70:6,8

**times** 6:3 28:2

**tissue** 56:10

**title** 28:9

**TMJ** 27:9

**today** 5:17
10:19

**together** 51:9
53:3,7

**told** 42:24
44:7,14 46:7
57:25 60:16
63:19

**Tomah** 1:18,19
4:3 5:22 6:11

7:22 9:5,18
11:16 12:23
13:1,8,20
15:18 18:24
19:3 31:5
43:14 45:15
46:4,19
47:13,14 48:8

**ton** 7:12

**took** 13:9
19:24 27:7
44:25 45:1

**top** 50:25
53:10

**tort** 7:6,10
23:18 25:16
26:6,8 28:2

**town** 19:1

**toxic** 14:9
20:15 65:23

**toxicities**
18:25

**toxicity** 14:12

**track** 31:1

**tracking** 63:6

**tracks** 23:18

**trained** 10:5
36:16 65:3

**training** 12:17
20:13,21,22
21:6 36:13,17
37:4,6 40:21

**transcribed**
70:9

**transcript**
4:11,12 69:2
70:9,10

**transparent**
55:10 61:5

**traumatized**
13:10,15

**traumatizing**
15:20

**treated** 59:11
60:12 62:4,14

**treating** 33:15
62:3

**treatment** 62:7
63:18

**trend** 45:12,22

**tried** 44:23
48:12

**tries** 4:3
13:19

**true** 9:14
34:12,13
35:5,7 47:19
59:11
70:10,13

**trust** 33:8

**truth** 61:6,25

**try** 6:12
16:9,16 55:10

**trying** 7:14
10:1 25:5
55:9

**turn** 18:16
32:21 52:21
56:25 59:13

**turned** 11:5,8

**two** 26:23
27:12 40:5,17
49:16 55:2

**type** 23:20



24:25 27:8
28:14 65:18

**types** 23:19

_____

U

**U.S** 2:6

**unannounced**
39:23

**uncover** 10:9

**uncovered**
41:24

**under** 1:16
53:8 70:7,13

**understand**
40:8 65:7
68:2,4,9

**understanding**
7:4 20:24
42:13 44:20
62:2

**understood**
67:4

**Unfortunately**
37:19

**UNITED** 1:1,10
2:7,8 70:2

**universal** 34:3
36:4

**unknown** 53:18

**unlawful** 46:8

**unless** 47:1

**unrelated**
26:11

**until** 8:15
29:15 34:16
35:20,21,23

45:20

**up** 8:8,10
22:24 25:18
26:12 28:15
34:15,17
37:23 39:5
43:2 44:4
45:7 52:9
53:10
58:12,16 61:3

**upon** 23:24
52:2 56:6
69:3

**urine** 45:17

**us** 24:10 45:13
51:9

**use** 42:10 46:8
47:10 48:24
65:6

**used** 57:9 58:5

**using** 43:8

**usually** 16:24
50:10

**UWM-Milwaukee**
11:14

_____

V

**VA** 1:18 4:3
5:22 6:11
9:5,18
11:16,17,18
12:10,15,23
13:1,8,20
20:24 23:3
31:5 38:4,13
40:2 43:10,14
44:1 46:4,19
47:13,14 48:8
53:3 61:9,18

65:24

**vacancies**
13:14

**VAF** 19:12

**valid** 23:23

**valuing** 20:25

**various** 12:10

**VA's** 38:1 61:8

**versus** 62:9

**veteran** 6:21

**veterans** 1:18
6:16 9:5,16
10:2 50:25
52:1 59:8
61:25 62:18
64:6

**Vetpro** 23:17
25:18,24,25
26:3,13 28:18

**vibration**
16:7,14

**Victoria** 1:15
3:2 4:3,4
5:1,4,11
13:19 41:6
69:11

**video** 10:13

**vio** 10:5

**virus** 55:15,23
57:9 60:1
61:9

**viruses** 9:12
56:7

**visibly** 37:11

**VISN** 11:19
12:1,3,7

25:13 33:1
39:18 44:7
51:17 53:15

**voice**
16:7,10,14

**Voices** 20:24

**vs** 1:9

_____

W

**W26815** 5:13

**Wagner**
44:18,19

**wait** 8:15 68:6

**wake** 14:5

**walk** 61:15

**walked** 37:9

**want** 6:24 16:9
17:7 18:10
23:7 24:19
25:9 28:5,6
41:6,10
47:12,19,20
48:1,6
67:5,8,12,17
69:5

**wanted** 50:12
64:4

**wash** 33:11

**washing** 34:3
36:4

**Washington** 2:9

**wasn't** 6:22
27:16 44:8,10
45:21 49:6,23
54:18
57:10,23 58:8
61:8



877.291.3376
www.UCRinc.com

**way** 9:19
  11:21,24,25
  14:13 29:14
  37:15 60:25
  61:3 62:3,7

**ways** 20:2

**we** 6:17,18
  7:11 8:16
  10:15 11:9
  13:14 15:25
  17:19,22
  19:11,14
  20:20,22
  24:3,25 26:17
  29:16
  30:9,15,22
  34:20 36:23
  37:8,11,13,15
  40:5,11,17
  41:10
  45:12,13,14,1
  9,20,24 47:15
  48:2,9,11
  49:8 51:10,11
  52:4,8,9,12,1
  7 53:2
  54:9,10,23
  55:9,10,17
  56:19
  57:24,25
  58:19,20
  60:19,20,21,2
  5 61:1,2,4
  62:23 63:8,10

**wearing** 33:14

**we'd** 8:13

**weekly** 22:7

**weigh** 54:22

**we'll** 68:14

**went** 15:14

37:15 44:16
54:12 55:3,4
58:22,24 59:8

**were**
  6:13,15,17,18
  ,23
  7:1,2,5,12,16
  8:3 9:11,12
  12:5
  13:11,12,14
  14:5,11,14
  15:14,17
  17:19,22
  18:3,8,25
  19:11,14,23
  20:1,3,18
  23:22 26:13
  32:4 33:15,18
  34:4 35:17
  36:5,15
  37:2,13,25
  38:11 39:22
  41:22
  45:1,19,23
  51:11 52:8,10
  55:2,3,5,8,9,
  23
  57:3,17,18,25
  58:20
  59:1,10,19
  60:13,17,18
  63:3,7,10,15
  64:3,6,25
  66:5 70:6,8

**we're** 13:17
  16:8 17:22
  24:17,18
  37:18 64:13
  67:16

**Were** 6:10 7:6
  8:6 20:16
  41:1 49:4,21

60:11 63:1

**weren't** 34:16
  64:7

**West** 2:9 53:7

**WESTERN** 1:1
  2:8 70:3

**we've** 37:7,12
  41:12 69:7

**what** 5:23 6:15
  7:12 9:8
  10:21,25
  11:11 13:8
  14:13 15:9
  17:1,18,20
  18:2,3 19:7
  22:3,13
  23:16,20
  24:1,25
  25:2,4,11,15
  26:17 28:21
  29:9,16 31:22
  33:4 34:10
  35:10,14
  36:18,22,25
  37:13 39:4
  40:12 44:22
  45:13 48:20
  49:7 51:11,20
  52:5,25
  53:21,24
  55:9,16
  57:6,23,24
  58:4,23
  61:6,25 62:5
  63:3,5,14,18
  65:18
  66:4,13,15,18
  67:1,8,18,20
  68:4,11

**whatever** 31:17

48:17

**what's** 22:19
  25:7 26:20
  27:1 29:9
  43:16 51:20
  56:24

**when** 6:17
  12:23 13:5,9
  14:1 18:18
  19:16,24 22:5
  32:23
  33:13,15
  34:18 35:20
  36:23 37:10
  41:22 44:23
  45:2 46:11
  51:5,22
  52:7,22 53:11
  56:25
  57:19,24
  60:11 61:1
  63:17 65:6,24

**whenever** 34:23

**where** 5:21
  6:21
  11:13,21,24
  14:14
  17:17,18 23:6
  26:6,8 27:7
  32:1 38:18
  46:1,21 53:14
  63:17 64:6

**Whereupon**
  69:10

**wherever** 62:9

**whether** 15:18
  31:18 35:3
  46:17 48:7
  55:13
  61:12,13 62:4



877.291.3376
www.UCRinc.com

63:7,8 69:4

**which** 6:10
  10:5 12:18
  20:24,25
  23:17 34:15
  45:10,15,16,1
  7 49:12 67:18
  70:6

**while** 10:15
  39:20 44:1

**who** 9:23
  15:8,12,15
  21:13,17,21
  22:20 23:12
  28:11,12
  30:13,16,17,2
  4 43:25
  44:6,18 47:6
  49:18 50:5
  51:15 54:14
  55:3,4 58:10
  60:20 62:21
  63:19 64:7

**whole** 7:19 8:4
  36:24

**Who's** 31:3

**why** 24:10 38:6
  45:5 47:23
  51:25 56:17
  58:14
  60:19,23
  62:11 65:24

**WI** 2:9

**will** 16:20
  22:21 24:23
  25:18 29:8
  32:21 52:15

**William** 2:3
  4:6

**Williams** 49:19

**Wisconsin**
  1:1,18,19 2:8
  5:14 70:3,13

**with** 6:16,23
  7:10,19 11:17
  12:9,15 13:25
  14:1,2,25
  16:4 18:18
  19:11,15
  20:8,22 21:8
  22:3 26:10
  28:7,15
  29:2,8 31:5,8
  32:7,11,22,23
  33:1 34:2
  35:5,9
  36:3,23 39:21
  40:24
  41:13,18 43:2
  45:9,24
  48:2,18 49:11
  51:5,6,7,11,1
  8 52:9,22
  57:1 58:17
  59:2 61:15
  62:16,24 63:7
  64:9,11

**within** 65:10

**witness** 1:16
  3:2 5:5
  16:16,22
  17:25 19:10
  31:14 42:3
  60:9 64:16
  67:3,11,14
  68:6,12,18
  69:6 70:7

**witnesses** 24:1
  25:7,10

**word** 13:10

43:16

**work** 14:8,9
  15:21 19:20
  37:17 43:14
  45:24 48:24
  49:11 51:11
  55:3,5

**worked** 18:24
  33:1 51:9,15
  62:23

**working** 16:3
  33:13 44:1
  64:11

**works** 17:10

**world** 65:10

**would** 8:9
  13:6,10,15
  15:18 18:4
  21:20
  22:5,15,16,17
  ,18,22 25:3
  26:7 27:24
  28:1,5,17,18
  29:2
  30:6,13,20
  31:16
  33:7,8,22
  34:13
  35:1,5,8,22
  38:10,25
  39:2,4,7,10,1
  2 41:8
  42:3,15,16,20
  45:10,15,17
  46:7,11
  48:10,12,13,1
  7,18,20 49:18
  50:14
  55:21,22,24
  56:6,11,14,16
  ,17 60:7

61:2,24
  62:1,3,4,7,8,
  13,21,25
  63:5,6,18
  64:7 68:10

**wouldn't** 28:5
  31:16 45:18
  62:6

**write** 48:15
  51:12

**writing** 41:7
  57:18

**wrong** 21:4
  45:22

**wrote** 54:23
  57:24

—————————
          Y
**yeah** 6:9 7:9
  11:7,8,23
  15:14
  17:13,15,24
  18:13 20:4
  24:16,22
  26:23 28:23
  31:14 41:3
  42:8 46:16,25
  47:22 53:20
  57:5 59:6

**year** 18:4
  19:17 35:25
  36:8 37:14
  47:9

**years** 11:18
  12:7,9,20
  14:19 61:16

**yes** 5:18,20
  6:2 7:17
  8:3,10 9:7
  11:17 14:11



15:22 17:25
18:7 19:22
20:5 21:7
23:1 27:18,22
29:3,6 30:2,4
31:6,10
32:9,12 36:14
38:14,24 39:8
40:3,14
43:15,18,21
44:3,5,21
45:4 46:11,15
51:14
53:13,23 55:8
56:15,16,22
59:6,12,20,22
,24 60:5,9
65:2,12,17,21
66:3 69:6

**you**
5:9,17,19,21,
25 6:4,18
7:1,8,9,11
8:6,11,15,16,
18,20,21,22,2
5
9:1,4,8,11,17
,18,21,24
10:6,18,21
11:4,15
12:5,12,23
13:3,4,9,24
14:5,16,24
15:14,21
16:2,4,9,21,2
5
17:7,12,14,18
,20
18:3,8,10,16,
17
19:3,7,11,16,
20,24 20:16
21:5,8,11,19,

24 22:9,13
23:2,5,23
24:22
25:8,15,16,17
27:10,17,19,2
3,24
29:2,4,5,7,25
31:11,22
32:7,21,25
33:4,9,25
34:8,16,17,20
35:5,8,16
36:9,12,15,20
,25
37:4,9,13,16,
22
38:1,3,19,20,
25
39:9,14,15,22
,25 40:2
41:1,6,10,17,
22 43:10,22
44:2,4,6,8,12
,22,23
45:5,8,18,19
46:1,3,7,14,2
1,23
47:19,20,25
48:1,23
49:4,21,25
50:5,18
51:8,18,22
52:8,10,13,15
53:10,11,19,2
5 54:7,8,20
55:12,21
56:4,6,7,13,1
4,16,18
57:3,17
58:2,3,4,5,22
59:9,11,14,18
,19,23,25
60:4,6,11,16,

23 61:1,17
62:11,13
63:9,12,17,19
64:8,14,16,24
,25
65:1,6,13,15,
18,22,24
66:1,4,6,14,1
8,21
67:6,12,21,23
,24 68:7,10
69:1,4,8

**you'd** 69:5

**you'll** 8:25
13:16
26:15,20
50:23 56:24

**your**
5:9,12,15,23,
25 7:4
8:16,19 11:11
12:6 14:10
16:10,19 19:6
22:3 32:10
42:21 43:1
44:20 47:19
51:13 52:12
58:5 59:4,18
62:2 66:24
67:9,12,19,20
69:2,4,8

**you're** 7:25
10:14 14:1
15:9 17:1
18:19
25:17,19
32:23 40:9
42:17 46:21
47:17 51:5
52:23 57:1
58:16 65:3,9

68:6

**yourself** 13:25
18:18 32:22
41:18 51:5
52:22

**You've** 58:3

**Yup** 68:17

---

Z

**zero** 53:18


877.291.3376
www.UCRinc.com