UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

CASE NO. 17-CV-823

CONSUELA SMITH-WILLIAMS, FRED
RIVERS, RICHARD MURPHY, ROBERT
RISTOW, ROGER SUHR, and
SALVADOR FUENTES, individually,
and on behalf of all similarly
situated,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

    Defendant.
_____/

DEPOSITION OF FRANK MARCANTONIO

witness in the above-entitled action, taken
under the Federal Rules of Civil Procedure,
before Mary P. Hader, Registered Professional
Reporter and Notary Public in and for the State
of Wisconsin, at the Tomah VA Medical Center, 500 East
Veterans Street, Building 408, Conference Room 3815A,
Tomah, Wisconsin, on September 25, 2018, commencing at
10:30 a.m. and suspended at 10:34 a.m.

REPORTED BY:
Mary P. Hader, CSR, RPR



877.291.3376
www.UCRinc.com

### Page 2

```
 1            APPEARANCES OF COUNSEL
 2  ON BEHALF OF THE PLAINTIFFS:
 3      THE DOWNS LAW GROUP - MIAMI-DADE OFFICE
        ATTORNEY WILLIAM T. REIDER, JR.
 4      3250 Mary Street, Suite 307
        Coconut Grove, FL   33133
 5
    ON BEHALF OF THE DEFENDANT:
 6
        U.S. DEPARTMENT OF JUSTICE
 7      UNITED STATES ATTORNEY'S OFFICE
        ATTORNEY DAVID D. CONWAY
 8      ASSISTANT UNITED STATES ATTORNEY
        Western District of Wisconsin
 9      222 West Washington Avenue, Suite 700
        Madison, WI   53703
10
    ON BEHALF OF THE WITNESS:
11
        BROWNELL LANDRIGAN, P.C.
12      ATTORNEY CHRISTOPHER LANDRIGAN
        1818 N Street, N.W., Suite 520
13      Washington, DC 20036
14
15
16
17
18
19
20
21
22
23
24
25
```

### Page 3

```
 1            INDEX OF EXAMINATION
 2  WITNESS NAME: Frank D. Marcantonio
                                     PAGE
 3  DIRECT EXAMINATION
      BY Mr. Reider                    5
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

### Page 4

```
 1            INDEX OF EXHIBITS
 2  EXHIBITS       DESCRIPTION           PAGE
 3  (NO EXHIBITS MARKED)
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

### Page 5

```
 1          DEPOSITION OF FRANK MARCANTONIO
 2              SEPTEMBER 25, 2018
 3  THEREUPON:
 4          FRANCIS D. MARCANTONIO,
 5  having been called as a witness herein, being first duly
 6  sworn, was examined and testified as follows:
 7              DIRECT EXAMINATION
 8  BY MR. REIDER:
 9      Q   Please state your full name for the record.
10      A   Frank D. Marcantonio.
11      Q   Thank you.  And your address?
12      A
13      Q   Thank you.  And your date of birth?
14      A
15      Q   Are you represented by counsel here today?
16      A   Yes.
17      Q   Okay.  Are you currently employed?
18      A   On the advice of counsel --
19          MR. LANDRIGAN:  I'll object.  I'll advise my
20  client to assert his Fifth Amendment rights and
21  instruct him not to answer the question.
22          THE WITNESS:  On the advice --
23          MR. REIDER:  Just to be clear here, you're
24  instructing him not to answer the question as to
25  whether or not he's currently employed?
```



877.291.3376
www.UCRinc.com

**Page 6**

1  MR. LANDRIGAN: Yes.
2  BY MR. REIDER:
3  Q  Okay. Dr. Marcantonio, were you ever employed
4  at the Tomah VA Medical Center?
5      THE WITNESS: On the advice --
6      MR. LANDRIGAN: I object and advise my client
7  to assert his Fifth Amendment rights and instruct
8  him not to answer the question.
9      THE WITNESS: On the advice --
10     MR. REIDER: Are you objecting or are you
11 asserting a privilege?
12     MR. LANDRIGAN: Both.
13     MR. REIDER: Okay. Well, what's the basis of
14 the objection?
15     MR. LANDRIGAN: The objection is still
16 related. It's asserting his Fifth Amendment rights
17 and instructing him not to answer the question.
18 BY MR. REIDER:
19 Q  Okay. Is Dr. Marcantonio's intention -- I'm
20 asking you, Dr. Marcantonio -- is your intention to
21 answer any questions here today?
22 A  On the advice of counsel --
23     MR. LANDRIGAN: I would advise him that any --
24 as we talked about, as his counsel, apart from
25 identifying information about his name, address,

**Page 7**

1  date of birth, any substantive questions I would
2  advise my client to assert his Fifth Amendment
3  rights and instruct him not to answer the question.
4  BY MR. REIDER:
5  Q  Dr. Marcantonio, are you currently the subject
6  of a criminal investigation?
7      MR. LANDRIGAN: I object; advise my client to
8  assert his Fifth Amendment rights and instruct him
9  not to answer the question.
10 BY MR. REIDER:
11 Q  Have you previously been the subject of a
12 criminal investigation?
13     MR. LANDRIGAN: I object; advise my client to
14 assert his Fifth Amendment rights and instruct him
15 not to answer the question.
16 BY MR. REIDER:
17 Q  Have you been called before a grand jury to
18 testify?
19     MR. LANDRIGAN: I object; advise my client to
20 assert his Fifth Amendment rights and instruct him
21 not to answer the question.
22 BY MR. REIDER:
23 Q  Have you been indicted by a grand jury?
24     MR. LANDRIGAN: I object; advise my client to
25 assert his Fifth Amendment rights and instruct him

**Page 8**

1  not to answer the question.
2  BY MR. REIDER:
3  Q  Have you been placed under arrest by State or
4  Federal authorities?
5      MR. LANDRIGAN: I object; advise my client to
6  assert his Fifth Amendment rights and instruct him
7  not to answer the question.
8  BY MR. REIDER:
9  Q  Have criminal charges been filed against you?
10     MR. LANDRIGAN: I object; advise my client to
11 assert his Fifth Amendment rights and instruct him
12 not to answer the question.
13 BY MR. REIDER:
14 Q  Have you been contacted by criminal
15 investigators?
16     MR. LANDRIGAN: I object; advise my client to
17 assert his Fifth Amendment rights and instruct him
18 not to answer the question.
19 BY MR. REIDER:
20 Q  Are you willing to answer any questions, any
21 substantive questions about your supervision of
22 Dr. Schiller?
23     MR. LANDRIGAN: I object; advise my client to
24 assert his Fifth Amendment rights and instruct him
25 not to answer the question.

**Page 9**

1  BY MR. REIDER:
2  Q  Are you willing to answer any substantive
3  questions about the hiring of Dr. Schiller?
4      MR. LANDRIGAN: I object; advise my client to
5  assert his Fifth Amendment rights and instruct him
6  not to answer the question.
7  BY MR. REIDER:
8  Q  Are you willing to answer any substantive
9  questions about the intentions of Dr. Schiller?
10     MR. LANDRIGAN: I object; advise my client to
11 assert his Fifth Amendment rights and instruct him
12 not to answer the question.
13     MR. REIDER: Okay. At this point, I'm going
14 to go ahead and suspend the deposition and I'm
15 going to file a motion to compel and -- okay, I'm
16 going to suspend the deposition at this point; I'm
17 not terminating it. I'm just going to suspend it
18 and we're going to go talk to the judge and see
19 what he wants us to do.
20     MR. LANDRIGAN: Okay. Understood.
21 Thanks.
22     MR. REIDER: We're off the record.
23 (Whereupon, the deposition of Francis D.
24 Marcantonio was suspended.)
25



10

1        CERTIFICATE OF REPORTER
2  UNITED STATES DISTRICT COURT
3  WESTERN DISTRICT OF WISCONSIN
4
5      I, Mary P. Hader, CSR and Registered
   Professional Reporter, certify:
6  That the foregoing proceedings were taken before me at
   the time and place therein set forth, at which time the
7  witness was put under oath by me;
   That the testimony of the witness, questions propounded,
8  and all objections and statements made at the time of
   the examination were recorded stenographically by me and
9  thereafter transcribed; That a review of the transcript
   by the deponent was waived; That the foregoing is a true
10 and correct transcript of my shorthand notes so taken.
   I further certify that I am not a relative or employee
11 of any attorney of the parties, not financially
   interested in the action.
12
       I declare under penalty of perjury under the laws
13 of Wisconsin that the foregoing is true and correct.
14
       Dated this 10th day of OCTOBER, 2018.
15
16
17
18
19
20
21  _____
    Mary P. Hader, CSR, RPR
22
23
24
25



| 1 | 8 5:14 | any 6:21,23 7:1 8:20 9:2,8 10:11 | C |
|---|---|---|---|
| **10:30** 1:19 | | | **called** 5:5 7:17 |
| **10:34** 1:19 | **A** | **apart** 6:24 | **CASE** 1:2 |
| **10th** 10:14 | **a.m** 1:19 | **APPEARANCES** 2:1 | **Center** 1:18 6:4 |
| **17-CV-823** 1:2 | **about** 6:24,25 8:21 9:3,9 | **arrest** 8:3 | **CERTIFICATE** 10:1 |
| **1818** 2:12 | **above-entitled** 1:16 | **asking** 6:20 | **certify** 10:5,10 |
| **1952** 5:14 | **action** 1:16 10:11 | **assert** 5:20 6:7 7:2,8,14,20,25 8:6,11,17,24 9:5,11 | **charges** 8:9 |
| **2** | **address** 5:11 6:25 | | **CHRISTOPHER** 2:12 |
| **20036** 2:13 | **advice** 5:18,22 6:5,9,22 | | **Civil** 1:16 |
| **2018** 1:19 5:2 10:14 | **advise** 5:19 6:6,23 7:2,7,13,19,24 8:5,10,16,23 9:4,10 | **asserting** 6:11,16 | **clear** 5:23 |
| **220** 5:12 | | **ASSISTANT** 2:8 | **client** 5:20 6:6 7:2,7,13,19,24 8:5,10,16,23 9:4,10 |
| **222** 2:9 | | **attorney** 2:3,7,8,12 10:11 | |
| **25** 1:19 5:2 | | **ATTORNEY'S** 2:7 | **Coconut** 2:4 |
| **3** | **against** 8:9 | **authorities** 8:4 | **commencing** 1:19 |
| **307** 2:4 | **ahead** 9:14 | **Avenue** 2:9 5:12 | **compel** 9:15 |
| **3250** 2:4 | **all** 1:7 10:8 | | **Conference** 1:18 |
| **33133** 2:4 | **am** 10:10 | **B** | |
| **3815A** 1:18 | **Amendment** 5:20 6:7,16 7:2,8,14,20,25 8:6,11,17,24 9:5,11 | **basis** 6:13 | **CONSUELA** 1:5 |
| **4** | | **before** 1:17 7:17 10:6 | **contacted** 8:14 |
| **408** 1:18 | | **behalf** 1:7 2:2,5,10 | **CONWAY** 2:7 |
| **5** | **AMERICA** 1:10 | **birth** 5:13 7:1 | **correct** 10:10,13 |
| **5** 3:3 | **answer** 5:21,24 6:8,17,21 7:3,9,15,21 8:1,7,12,18,20,25 9:2,6,8,12 | **Both** 6:12 | **counsel** 2:1 5:15,18 6:22,24 |
| **500** 1:18 | | **BROWNELL** 2:11 | |
| **520** 2:12 | | **Building** 1:18 | |
| **53703** 2:9 | | | |
| **7** | | | |
| **700** 2:9 | | | |
| **8** | | | |



877.291.3376
www.UCRinc.com

**COURT** 1:1 10:2
**criminal**
  7:6,12 8:9,14
**CSR** 1:25
  10:5,21
**currently**
  5:17,25 7:5

———— D ————
**date** 5:13 7:1
**Dated** 10:14
**DAVID** 2:7
**day** 10:14
**DC** 2:13
**declare** 10:12
**Defendant** 1:11
  2:5
**DEPARTMENT** 2:6
**deponent** 10:9
**deposition**
  1:15 5:1
  9:14,16,23
**DESCRIPTION**
  4:2
**DIRECT** 3:3 5:7
**District** 1:1
  2:8 10:2,3
**DOWNS** 2:3
**Dr** 6:3,19,20
  7:5 8:22
  9:3,9
**duly** 5:5

———— E ————
**East** 1:18

**employed**
  5:17,25 6:3
**employee** 10:10
**examination**
  3:1,3 5:7
  10:8
**examined** 5:6
**EXHIBITS**
  4:1,2,3

———— F ————
**Federal** 1:16
  8:4
**Fifth** 5:20
  6:7,16
  7:2,8,14,20,25
  8:6,11,17,24
  9:5,11
**file** 9:15
**filed** 8:9
**financially**
  10:11
**first** 5:5
**FL** 2:4
**follows** 5:6
**foregoing**
  10:6,9,13
**forth** 10:6
**Francis** 5:4
  9:23
**Frank** 1:15 3:2
  5:1,10
**FRED** 1:5
**from** 6:24
**FUENTES** 1:6

**full** 5:9
**further** 10:10

———— G ————
**go** 9:14,18
**going**
  9:13,15,16,17,18
**grand** 7:17,23
**GROUP** 2:3
**Grove** 2:4

———— H ————
**Hader** 1:17,25
  10:5,21
**Have**
  7:11,17,23
  8:3,9,14
**having** 5:5
**he** 9:19
**here** 5:15,23
  6:21
**herein** 5:5
**he's** 5:25
**him** 5:21,24
  6:8,17,23
  7:3,8,14,20,25
  8:6,11,17,24
  9:5,11
**hiring** 9:3
**his** 5:20
  6:7,16,24,25
  7:2,8,14,20,25
  8:6,11,17,24
  9:5,11

———— I ————
**identifying**
  6:25
**I'll** 5:19
**I'm** 6:19
  9:13,14,15,16,17
**INDEX** 3:1 4:1
**indicted** 7:23
**individually**
  1:6
**information**
  6:25
**instruct** 5:21
  6:7
  7:3,8,14,20,25
  8:6,11,17,24
  9:5,11
**instructing**
  5:24 6:17
**intention**
  6:19,20
**intentions** 9:9
**interested**
  10:11
**investigation**
  7:6,12
**investigators**
  8:15
**It's** 6:16

———— J ————
**JR** 2:3
**judge** 9:18



877.291.3376
www.UCRinc.com

**jury** 7:17,23
**just** 5:23 9:17
**JUSTICE** 2:6

---
### L
**LANDRIGAN**
  2:11,12 5:19
  6:1,6,12,15,23
  7:7,13,19,24
  8:5,10,16,23
  9:4,10,20
**LAW** 2:3
**Lawrence** 5:12
**laws** 10:12

---
### M
**made** 10:8
**Madison** 2:9
**Marcantonio**
  1:15 3:2
  5:1,4,10
  6:3,20 7:5
  9:24
**Marcantonio's**
  6:19
**MARKED** 4:3
**Mary** 1:17,25
  2:4 10:5,21
**me** 10:6,7,8
**Medical** 1:18
  6:4
**MIAMI-DADE** 2:3
**motion** 9:15
**MURPHY** 1:5
**my** 5:19 6:6

  7:2,7,13,19,24
  8:5,10,16,23
  9:4,10 10:10

---
### N
**N.W** 2:12
**name** 3:2 5:9
  6:25
**NO** 1:2 4:3
**North** 5:12
**not** 5:21,24,25
  6:8,17
  7:3,9,15,21
  8:1,7,12,18,25
  9:6,12,17
  10:10,11
**Notary** 1:17
**notes** 10:10
**November** 5:14

---
### O
**oath** 10:7
**object** 5:19
  6:6
  7:7,13,19,24
  8:5,10,16,23
  9:4,10
**objecting** 6:10
**objection**
  6:14,15
**objections**
  10:8
**OCTOBER** 10:14
**off** 9:22
**OFFICE** 2:3,7
**okay** 5:17

  6:3,13,19
  9:13,15,20
**on** 1:7,19
  2:2,5,10
  5:18,22
  6:5,9,22

---
### P
**P.C** 2:11
**PAGE** 3:2 4:2
**parties** 10:11
**penalty** 10:12
**perjury** 10:12
**place** 10:6
**placed** 8:3
**Plaintiffs** 1:8
  2:2
**Please** 5:9
**point** 9:13,16
**previously**
  7:11
**privilege** 6:11
**Procedure** 1:16
**proceedings**
  10:6
**Professional**
  1:17 10:5
**propounded**
  10:7
**Public** 1:17
**put** 10:7

---
### Q
**question**
  5:21,24
  6:8,17

  7:3,9,15,21
  8:1,7,12,18,25
  9:6,12
**questions** 6:21
  7:1 8:20,21
  9:3,9 10:7

---
### R
**record** 5:9
  9:22
**recorded** 10:8
**Registered**
  1:17 10:5
**Reider** 2:3 3:3
  5:8,23
  6:2,10,13,18
  7:4,10,16,22
  8:2,8,13,19
  9:1,7,13,22
**related** 6:16
**relative** 10:10
**REPORTED** 1:24
**Reporter** 1:17
  10:1,5
**represented**
  5:15
**review** 10:9
**RICHARD** 1:5
**rights** 5:20
  6:7,16
  7:3,8,14,20,25
  8:6,11,17,24
  9:5,11
**RISTOW** 1:6
**RIVERS** 1:5
**ROBERT** 1:5



877.291.3376
www.UCRinc.com

| | | | |
|---|---|---|---|
| **ROGER** 1:6 | **Suite** 2:4,9,12 | transcribed 10:9 | whether 5:25 |
| **Room** 1:18 | supervision 8:21 | transcript 10:9,10 | which 10:6 |
| **RPR** 1:25 10:21 | suspend 9:14,16,17 | true 10:9,13 | **WI** 2:9 |
| **Rules** 1:16 | suspended 1:19 9:24 | | **WILLIAM** 2:3 |
| **— S —** | sworn 5:6 | **— U —** | willing 8:20 9:2,8 |
| **SALVADOR** 1:6 | **— T —** | **U.S** 2:6 | Wisconsin 1:1,18,19 2:8 5:12 10:3,13 |
| Schiller 8:22 9:3,9 | taken 1:16 10:6,10 | under 1:16 8:3 10:7,12 | witness 1:16 2:10 3:2 5:5,22 6:5,9 10:7 |
| see 9:18 | talk 9:18 | Understood 9:20 | |
| September 1:19 5:2 | talked 6:24 | **UNITED** 1:1,10 2:7,8 10:2 | would 6:23 7:1 |
| set 10:6 | terminating 9:17 | us 9:19 | **— Y —** |
| shorthand 10:10 | testified 5:6 | **— V —** | Yes 5:16 6:1 |
| similarly 1:7 | testify 7:18 | **VA** 1:18 6:4 | you 5:11,13,15,17 6:3,10,20 7:5,11,17,23 8:3,9,14,20 9:2,8 |
| situated 1:7 | testimony 10:7 | Veterans 1:18 | |
| **SMITH-WILLIAMS** 1:5 | Thank 5:11,13 | **— W —** | |
| state 1:17 5:9 8:3 | Thanks 9:21 | waived 10:9 | your 5:9,11,13 6:20 8:21 |
| statements 10:8 | that 6:23 10:6,7,9,10,13 | wants 9:19 | you're 5:23 |
| **STATES** 1:1,10 2:7,8 10:2 | thereafter 10:9 | Washington 2:9,13 | |
| stenographically 10:8 | therein 10:6 | we 6:24 | |
| still 6:15 | **THEREUPON** 5:3 | were 6:3 10:6,8 | |
| Street 1:18 2:4,12 | this 9:13,16 10:14 | we're 9:18,22 | |
| subject 7:5,11 | time 10:6,8 | West 2:9 | |
| substantive 7:1 8:21 9:2,8 | today 5:15 6:21 | Western 1:1 2:8 10:3 | |
| **SUHR** 1:6 | Tomah 1:18,19 5:12 6:4 | what 9:19 | |
| | | what's 6:13 | |
| | | Whereupon 9:23 | |



877.291.3376
www.UCRinc.com