IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CONSUELA SMITH-WILLIAMS, FRED
RIVERS, RICHARD MURPHY, ROBERT
RISTOW, ROGER SUHR, and
SALVADOR FUENTES, individually, and
on behalf of all similarly situated,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 17-cv-823-wmc

## UNITED STATES' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL THE DEPOSITION TESTIMONY OF DR. FRANK MARCANTONIO

On November 15, 2018, Plaintiffs Consuela Smith-Williams, Fred Rivers, Richard Murphy, Robert Ristow, Roger Suhr, and Salvador Fuentes, through their counsel, moved the Court pursuant to Fed. R. Civ. P. 37 for an order compelling the deposition testimony of Dr. Frank Marcantonio. (ECF No. 52.) The Court will hear arguments on the Motion to Compel on November 28.

In their Motion, Plaintiffs allege, among other things, that the United States provided a quality of dental care that fell below appropriate standards and was negligent in certain ways that resulted in Plaintiffs purportedly suffering severe emotional distress. The United States, consistent with its Answer, disputes these allegations. (*See* ECF No. 29.) Notwithstanding, the United States takes no position on

whether the Court should compel Dr. Marcantonio to testify as Plaintiffs have requested.

Dated this 19th day of November, 2018.

Respectfully submitted,

SCOTT C. BLADER
United States Attorney

By: *s/David D. Conway*
DAVID D. CONWAY
THERESA (ESA) M. ANZIVINO
Assistant United States Attorneys
222 West Washington Ave., Suite 700
Madison, Wisconsin 53703
Telephone: (608) 264-5158
Facsimile: (608) 264-5724
David.Conway@usdoj.gov
Theresa.Anzivino@usdoj.gov