UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **CONSUELA SMITH-WILLIAMS,** *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>**THE UNITED STATES OF AMERICA,** )<br>)<br>*Defendant.* )<br>_____ ) | Civil No. 17-cv-00823 (WMC) |

## NOTICE OF CHANGE OF FIRM

Respondent Frank Marcantonio, by and through his undersigned counsel, hereby notifies this Honorable Court, the Clerk of this Court, and the parties of record, that Steven J. McCool, Esquire, who is admitted or otherwise authorized to practice law in this court, is now associated with McCool Law PLLC. Mr. McCool's updated contact information is as follows:

Steven J. McCool
McCool Law PLLC
1776 K Street, NW
Suite 200
Washington, DC 20006
Telephone: (202) 450-3370
Fax: (202) 450-3346
Email: smccool@mccoollawpllc.com

                                            Respectfully submitted,

                                            /s/ Steven J. McCool
                                          STEVEN J. McCOOL
                                          D.C. Bar No. 429369
                                          McCOOL LAW PLLC
                                          1776 K Street, N.W., Suite 200
                                          Washington, D.C. 20006
                                          Telephone: (202) 450-3370
                                          Fax: (202) 450-3346
                                          smccool@mccoollawpllc.com

                                          *Counsel for Frank Marcantonio*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of January 2019, the foregoing Notice of Change of Firm was served by electronic filing upon counsel of record in this matter.

      /s/ Steven J. McCool
STEVEN J. McCOOL