UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

CONSUELA SMITH-WILLIAMS,
FRED RIVERS, RICHARD MURPHY,
ROBERT RISTOW, ROGER SUHR,
and SALVADOR FUENTES, individually,
and on behalf of all similarly situated,

    *Plaintiffs,*    Case No.: 17-CV-823

v.

THE UNITED STATES OF AMERICA,

    *Defendant.*
_____/

## STIPULATION

  The parties, Plaintiffs, Consuela Smith-Williams et al., and the Defendant, United States of America, each by and through their undersigned counsel, and pursuant to this Court's Preliminary Pretrial Conference Order (D.E. 22 at 2), hereby jointly agree and stipulate that the Plaintiffs' liability expert disclosure deadline shall be moved to March 8, 2019 and the Defendant's liability expert disclosure deadline shall be moved to April 19, 2019.

Date: January 29, 2019

Respectfully Submitted,

| | |
|---|---|
| *s/ Theresa M. Anzivino* | *s/ William Rieder* |
| Theresa M. Anzivino, Esq. | William T. Rieder, Jr., Esq. |
| Attorney for the Defendant | Attorney for the Plaintiffs |
| United States Attorney's Office | The Downs Law Group |
| Western District of Wisconsin | 3250 Mary Street, Suite 307 |
| 222 West Washington Ave., Suite 700 | Coconut Grove, FL 33133 |
| Madison, WI 53703 | Telephone: (305) 444-8226 |
| Telephone: (608) 250-5454 | Fax: (305) 444-6773 |
| Fax: (608) 264-5724 | Email: wrieder@downslawgroup.com |
| Email: Theresa.anzivino@usdoj.gov | |