UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

CONSUELA SMITH-WILLIAMS,
FRED RIVERS, RICHARD MURPHY,
ROBERT RISTOW, ROGER SUHR,
and SALVADOR FUENTES,

        *Plaintiffs,*        Case No.: 17-CV-823

v.

THE UNITED STATES OF AMERICA,

        *Defendant.*
_____/

## STIPULATION FOR CO-COUNSEL TO APPEAR AT PRETRIAL CONFERENCE

The Plaintiffs, Consuela Smith-Williams, Fred Rivers, Richard Murphy, Robert Ristow, Roger Suhr and Salvador Fuentes and the Defendant, United States of America, by and through their undersigned counsel, hereby file this stipulation for Matthew A. Biegert, the Plaintiffs' Wisconsin co-counsel, to attend the December 11, 2019 pretrial conference in place of William Rieder and Allan Kaiser and to allow Mr. Rieder and Mr. Kaiser to participate by telephone.

Dated: November 11, 2019

| | |
|---|---|
| *s/ Matthew A. Biegert* | SCOTT C. BLADER |
| Matthew A. Biegert | United States Attorney by: |
| Doar, Drill & Skow, S.C. | *s/ Theresa M. Anzivino* |
| 103 North Knowles Avenue | THERESA M. ANZIVNO |
| P.O. Box 388 | BARBARA L. OSWALD |
| New Richmond, WI 54017 | Assistant United States Attorneys |
| Telephone No.: (715) 246-2211 | 222 West Washington Ave., Suite 700 |
| mbiegert@doardrill.com | Madison, Wisconsin 53703 |
| WI Bar No. 1000368 | Telephone: (608) 264-5158 |
| *Co-Counsel for the Plaintiffs* | theresa.anzivino@usdoj.gov |
| | barbara.oswald@usdoj.gov |
| | *Counsel for the Defendant* |

-2-

William T. Rieder, Jr., Esq.
FL Bar No. 0044834
Allan B. Kaiser, Esq.
FL Bar No. 594628
The Downs Law Group
3250 Mary Street, Suite 307
Coconut Grove, FL 33133
Telephone No.: (305) 444-8226
Facsimile No.: (305) 444-6773
wrieder@downslawgroup.com
akaiser@downslawgroup.com
*Co-Counsel for the Plaintiffs*


C.J. Kishish, Esq.
Kishish Law Group
1555 Southcross Drive West
Burnsville, Minnesota 55306
Telephone No.: (888) 402-5552
ckishish@kishishlawgroup.com
MN Bar No. 0229805
*Co-Counsel for the Plaintiffs*